# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CASE NO.** |
| **vs.** | **JUDGE** |
| **CARLOS SERRANO-RESTREPO,** | **INDICTMENT**<br>**18 U.S.C. § 922(g)(5)(A)**<br>**18 U.S.C. § 924(a)(8)** |
| **Defendant.** | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Alien in Possession of a Firearm)

1.      On or about January 10, 2024, in the Southern District of Ohio, the defendant, **CARLOS SERRANO-RESTREPO**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm listed in Attachment A, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).**

## FORFEITURE ALLEGATION

2.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3.      Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **CARLOS SERRANO-RESTREPO**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or

used in such offense, including, but not limited to the firearms listed in Attachment A.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*s/Foreperson*
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**HEIDY T. CARR (0093524)**
**Special Assistant United States Attorney**
**ELIZABETH GERAGHTY (0072275)**
**Assistant United States Attorney**

**ATTACHMENT A**

|   | CATS Id No. | Asset Description |
|---|---|---|
| 1 | 24-ATF-007235 | 170 rounds of assorted ammunition |
| 2 | 24-ATF-007236 | Ruger Super Redhawk Revolver, CAL:480, SN:  552-90473 |
| 3 | 24-ATF-007237 | Smith & Wesson SD40VE Pistol, CAL:40, SN:  FBW0214 |
| 4 | 24-ATF-007238 | Standard Manufacturing Company, LLC S333, Thunderstruck Revolver, CAL:22, SN:  SVF005492 |
| 5 | 24-ATF-007239 | Smith & Wesson 629 Magnum Hunter Revolver, CAL:44, SN: CZY9364629-7 |
| 6 | 24-ATF-007240 | Taurus Tracker Revolver, CAL:44, SN: ADL921952 |
| 7 | 24-ATF-007241 | Taurus Raging Hunter Revolver, CAL:44, SN:  AEE419622 |
| 8 | 24-ATF-007242 | Girsan MC 1911 SC Pistol, CAL:45, SN:  T6368-23BF00133 |
| 9 | 24-ATF-007243 | Kahr Arms - Auto Ordnance 1911 Trump Rally Cry Pistol, CAL:45, SN:  AOB00901 |
| 10 | 24-ATF-007244 | Taurus 66 Revolver, CAL:357, SN:  ZC375800 |
| 11 | 24-ATF-007245 | Phoenix Arms Co. HP25A Pistol, CAL:25, SN:  4555724 |
| 12 | 24-ATF-007247 | 19 rounds Winchester-Western ammunition, CAL:9 |
| 13 | 24-ATF-007248 | Canik55 Mete SFT Pistol, CAL:9, SN:  22CC19140 |
| 14 | 24-ATF-007249 | Ruger GP100 Revolver, CAL:357, SN:  179-59830 |
| 15 | 24-ATF-007250 | Colt MK IV Mustang Pistol, CAL:380, SN:  MS13558 |
| 16 | 24-ATF-007251 | Ruger LCP II Pistol, CAL:380, SN:  380284802 |
| 17 | 24-ATF-007252 | Ruger Ruger-57 Pistol, CAL:57, SN:  641-93420 |
| 18 | 24-ATF-007253 | Glock GMBH 33 Pistol, CAL:357, SN:  CFR549US |
| 19 | 24-ATF-007254 | Glock GMBH 31GEN4 Pistol, CAL:357, SN:  BBNY904 |
| 20 | 24-ATF-007255 | Taurus The Judge Revolver, CAL:45/410, SN:  CN752252 |
| 21 | 24-ATF-007256 | Bersa Thunder 380 Pistol, CAL:380, SN:  M67628 |
| 22 | 24-ATF-007258 | Taurus International Spectrum Pistol, CAL:380, SN:  1F005110 |
| 23 | 24-ATF-007259 | Smith & Wesson M&P 40 Pistol, CAL:40, SN:  HTN4645 |
| 24 | 24-ATF-007260 | Glock Inc. 23GEN4 Pistol, CAL:40, SN:  VCN910 |
| 25 | 24-ATF-007262 | Smith & Wesson 642 Airweight Revolver, CAL:38, SN:  DRS9536 |
| 26 | 24-ATF-007263 | Charter Arms Undercover Revolver, CAL:38, SN:  23L04003 |
| 27 | 24-ATF-007265 | Glock Inc. 42 Pistol, CAL:380, SN:  AGMZ918 |
| 28 | 24-ATF-007266 | Taurus International Spectrum Pistol, CAL:380, SN:  1F035612 |
| 29 | 24-ATF-007267 | Sig-Sauer P320 X-Five Pistol, CAL:9, SN:  58H323581 |
| 30 | 24-ATF-007269 | Glock Inc. 42 Pistol, CAL:380, SN:  ABSW602 |
| 31 | 24-ATF-007270 | Beretta USA Corp APX Pistol, CAL:9, SN:  A232536X |
| 32 | 24-ATF-007272 | Taurus International TX22 Pistol, CAL:22, SN:  1PT586591 |
| 33 | 24-ATF-007273 | German Sports Guns Firefly Pistol, CAL:22, SN:  F501727 |
| 34 | 24-ATF-007274 | Beretta USA Corp 92FS Pistol, CAL:9, SN:  BER313483 |
| 35 | 24-ATF-007275 | Taurus International 856 Revolver, CAL:38, SN:  AEG479089 |

| 36 | 24-ATF-007276 | Davis Industries D38 Derringer, CAL:38, SN: D019267 |
| 37 | 24-ATF-007277 | Sig-Sauer P365 Pistol, CAL:9, SN: 66F290249 |
| 38 | 24-ATF-007278 | Glock Inc. 27GEN5 Pistol, CAL:40, SN: BWBW436 |
| 39 | 24-ATF-007279 | Glock Inc. 35 Pistol, CAL:40, SN: WAW469 |
| 40 | 24-ATF-007280 | CZ (Ceska Zbrojovka) CZ P-10 F Pistol, CAL:9, SN: H153773 |
| 41 | 24-ATF-007281 | North American Arms NAA22 Revolver, CAL:22, SN: E483549 |
| 42 | 24-ATF-007282 | FNH USA, LLC FNS-9 Pistol, CAL:9, SN: GKU0116248 |
| 43 | 24-ATF-007283 | Beretta, Pietro S.P.A 81 Pistol, CAL:32, SN: D65574W |
| 44 | 24-ATF-007284 | CZ (Ceska Zbrojovka) VZ50 Pistol, CAL:32, SN: D71356 |
| 45 | 24-ATF-007285 | Girsan Regard GEN4 Pistol, CAL:9, SN: T6368-23A01236 |
| 46 | 24-ATF-007286 | Pardini Armi Commerciale SP Pistol, CAL:22, SN: B6287 |
| 47 | 24-ATF-007287 | Shadow Systems, LLC MR920 Pistol, CAL:9, SN: SSC111035 |
| 48 | 24-ATF-007289 | Nagant 1893 Revolver, CAL:75, SN: NG0687 |
| 49 | 24-ATF-007290 | Armscorp USA (Armscorp of America) Pistol, CAL: Unknown, SN: LB00196 |
| 50 | 24-ATF-007291 | Glock Inc. 20 Pistol, CAL:10, SN: SMA308 |
| 51 | 24-ATF-007292 | Tisas - Trabzon Gun Industry Corp. 1911 D10 Pistol, CAL:10, SN: T0620-23DA00338 |
| 52 | 24-ATF-007293 | Glock GMBH 48 Pistol, CAL:9, SN: BXUU036 |
| 53 | 24-ATF-007294 | Canik55 TP-9SFX Pistol, CAL:9, SN: T6472-21BC72665 |
| 54 | 24-ATF-007295 | Glock GMBH 48 Pistol, CAL:9, SN: BZXV887 |
| 55 | 24-ATF-007296 | Glock GMBH 48 Pistol, CAL:9, SN: BWEX351 |
| 56 | 24-ATF-007297 | Glock GMBH 47 Pistol, CAL:9, SN: CAFE820 |
| 57 | 24-ATF-007298 | Glock Inc. 43X Pistol, CAL:9, SN: BZWG991 |
| 58 | 24-ATF-007299 | Glock Inc. 43X Pistol, CAL:9, SN: BWUR932 |
| 59 | 24-ATF-007301 | Glock Inc. 19X Pistol, CAL:9, SN: BYVH342 |
| 60 | 24-ATF-007302 | Glock Inc. 19GEN5 Pistol, CAL:9, SN: BTPK625 |
| 61 | 24-ATF-007303 | Glock Inc. 43 Pistol, CAL:9, SN: AGUK719 |
| 62 | 24-ATF-007305 | Glock Inc. 43 Pistol, CAL:9, SN: AGSX687 |
| 63 | 24-ATF-007307 | Smith & Wesson M&P 9 M2.0 COMPTR Pistol, CAL:9, SN: SBM3681 |
| 64 | 24-ATF-007309 | Glock Inc. P80 Pistol, CAL:9, SN: BNLP603 |
| 65 | 24-ATF-007310 | Smith & Wesson 3913 Pistol, CAL:9, SN: VJL0479 |
| 66 | 24-ATF-007311 | Glock Inc. 45 Pistol, CAL:9, SN: AHGP332 |
| 67 | 24-ATF-007313 | Smith & Wesson M&P 9 Shield Pistol, CAL:9, SN: JEL0659 |
| 68 | 24-ATF-007314 | Glock Inc. 45 Pistol, CAL:9, SN: BVTF916 |
| 69 | 24-ATF-007315 | 29 rounds of assorted ammunition, CAL:40 |
| 70 | 24-ATF-007344 | Glock Inc. 19GEN5 Pistol, CAL:9, SN: AGRY842 |
| 71 | 24-ATF-007345 | CZ (Ceska Zbrojovka) CZ2075 Rami Pistol, CAL:9, SN: C787949 |
| 72 | 24-ATF-007346 | Beretta, Pietro S.P.A 694 Shotgun, CAL:12, SN:ST15033R |
| 73 | 24-ATF-007347 | Marlin Firearms Co. 17VS Rifle, CAL:17, SN: 98639793 $400.00 98639793 |

| 74 | 24-ATF-007348 | 7 rounds of Charles Daly ammunition, CAL:17 |
| 75 | 24-ATF-007349 | Marlin Firearms Co. 70PPS Rifle, CAL:22, SN: 05265901 |
| 76 | 24-ATF-007350 | 28 rounds of Charles Daly ammunition, CAL:22 |
| 77 | 24-ATF-007351 | Aero Precision X15 Rifle, SN: X522584 |
| 78 | 24-ATF-007352 | 2 rounds of assorted ammunition, CAL:12 |
| 79 | 24-ATF-007353 | 30 rounds of assorted ammunition, CAL:223 |
| 80 | 24-ATF-007354 | Palmetto State Armory PA-15 Rifle, CAL:350, SN: SCB331538 |
| 81 | 24-ATF-007355 | 11 rounds of Hornady ammunition, CAL:350 |
| 82 | 24-ATF-007356 | 160 rounds of assorted ammunition |
| 83 | 24-ATF-007357 | 400 rounds of assorted ammunition, CAL:9 |
| 84 | 24-ATF-007358 | 69 rounds of assorted ammunition |
| 85 | 24-ATF-007359 | Browning Citori SPCL SPRTG Shotgun, CAL:12, SN: 01363ZR131 |
| 86 | 24-ATF-007360 | Rossi 92 SRC Rifle, CAL:357, SN: 7CR086010R |
| 87 | 24-ATF-007361 | 2,250 rounds of assorted ammunition |
| 88 | 24-ATF-007362 | 930 rounds of assorted ammunition |
| 89 | 24-ATF-007363 | 2,100 rounds of assorted ammunition |
| 90 | 24-ATF-007364 | Winchester 94AE Rifle, CAL:444, SN: 6439423 |
| 91 | 24-ATF-007365 | 2,140 rounds of assorted ammunition |
| 92 | 24-ATF-007366 | 1,860 rounds of assorted ammunition |
| 93 | 24-ATF-007367 | 2,350 rounds of assorted ammunition |
| 94 | 24-ATF-007368 | 1,780 rounds of assorted ammunition |
| 95 | 24-ATF-007369 | 1,135 rounds of assorted ammunition |
| 96 | 24-ATF-007370 | Taurus Rossi R92 Rifle, CAL:22, SN: 7CL092941R |
| 97 | 24-ATF-007371 | 1,110 rounds of assorted ammunition |
| 98 | 24-ATF-007372 | 1,256 rounds of assorted ammunition |
| 99 | 24-ATF-007373 | 2,010 rounds of assorted ammunition |
| 100 | 24-ATF-007374 | 2,250 rounds of assorted ammunition |
| 101 | 24-ATF-007375 | Winchester 9417 Rifle, CAL:17, SN: F767809 |
| 102 | 24-ATF-007376 | 4,350 rounds of assorted ammunition |
| 103 | 24-ATF-007377 | 14,100 rounds of assorted ammunition |
| 104 | 24-ATF-007378 | Remington Arms Company, Inc. 597 Magnum Rifle, CAL:22, SN: 2914673M |
| 105 | 24-ATF-007379 | 2,040 rounds of assorted ammunition |
| 106 | 24-ATF-007380 | 2,270 rounds of assorted ammunition |
| 107 | 24-ATF-007381 | 2,890 rounds of assorted ammunition |
| 108 | 24-ATF-007382 | Winchester 94 XTR Rifle, CAL:375, SN: BB012197 |
| 109 | 24-ATF-007383 | 2,370 rounds of assorted ammunition |
| 110 | 24-ATF-007385 | 4,913 rounds of assorted ammunition |
| 111 | 24-ATF-007386 | 2,510 rounds of assorted ammunition |
| 112 | 24-ATF-007387 | Istanbul Arms-Istanbul Silah Winchester SXP Rifle, SN: TR6022-060064SP |
| 113 | 24-ATF-007388 | 1,890 rounds of assorted ammunition |

| 114 | 24-ATF-007389 | Archangel Arms, LLC Rifle, SN: 246-75246 |
| 115 | 24-ATF-007390 | Del-Ton Inc. DTI-15 Rifle, CAL:556, SN: B90554 |
| 116 | 24-ATF-007391 | 1,783 rounds of assorted ammunition |
| 117 | 24-ATF-007392 | Istanbul Arms-Istanbul Silah Winchester SXP Shotgun, CAL:12, SN: 12AZV18127 |
| 118 | 24-ATF-007393 | 2,292 rounds of assorted ammunition |
| 119 | 24-ATF-007394 | 1,120 rounds of assorted ammunition |
| 120 | 24-ATF-007395 | Walther Colt M4 Carbine Rifle, CAL:22, SN: WJ029129 |
| 121 | 24-ATF-007396 | 990 rounds of assorted ammunition |
| 122 | 24-ATF-007397 | Marlin Firearms Co. 336CS Rifle, CAL:30-30, SN: 04094551 |
| 123 | 24-ATF-007398 | Izhmash (IMEZ) Saiga-12 Shotgun, CAL:12, SN: 11403624 |
| 124 | 24-ATF-007399 | Browning A-Bolt Rifle, CAL:65, SN: 08972ZN358 |
| 125 | 24-ATF-007400 | 5 rounds of Winchester-Western ammunition, CAL:65 |
| 126 | 24-ATF-007401 | Walther G22 Rifle, CAL:22, SN: PW002455 |
| 127 | 24-ATF-007402 | F.N. (FN Herstal) PS90 Rifle, CAL:57, SN: FN097758 |
| 128 | 24-ATF-007403 | Israel Weapon IND-IWI (Israel Military IND-IMI) Tavor Sar Rifle, CAL:762, SN: T7105714 |
| 129 | 24-ATF-007404 | CZ (Ceska Zbrojovka) Bren 2MS Rifle, CAL:556, SN: G119834 |
| 130 | 24-ATF-007405 | 30 rounds of Federal ammunition, CAL:223 |
| 131 | 24-ATF-007406 | Palmetto State Armory PA-15 Rifle, CAL:300, SN: LW330570 |
| 132 | 24-ATF-007407 | Ruger 10/22 Rifle, CAL:22, SN: 824-90383 |
| 133 | 24-ATF-007408 | CZ USA CZ Scorpion 3 Plus Pistol, CAL:9, SN: D194120 |
| 134 | 24-ATF-007409 | Radikal Arms NK-1 Shotgun, CAL:12, SN: 23BRK-3002 |
| 135 | 24-ATF-007410 | WWI (Windham Weaponry Inc.) WW-15 Rifle, CAL:556, SN: YE007603 |
| 136 | 24-ATF-007411 | HS Produkt (IM Metal) Hellion Rifle, CAL:556, SN: BBS20639 |
| 137 | 24-ATF-007412 | 30 rounds of Federal ammunition, CAL:223 |
| 138 | 24-ATF-007413 | Beretta, Pietro S.P.A CX4 Storm Rifle, CAL:9, SN: CX78618 |
| 139 | 24-ATF-007414 | Beretta, Pietro S.P.A CX4 Storm Rifle, CAL:9, SN: CX78895 |
| 140 | 24-ATF-007415 | 16 rounds of Winchester-Western ammunition, CAL:9 |
| 141 | 24-ATF-007416 | Just Right Carbines, LLC J R Carbine Rifle, CAL:40, SN: JRCV036208 |
| 142 | 24-ATF-007417 | CBC (Companhia Braziliera de Cartuchos) 702 Plinkster Rifle, CAL:22, SN: EHJ413721 |
| 143 | 24-ATF-007418 | Browning Winchester SX4 Shotgun, CAL:20, SN: PT16909YY11K |
| 144 | 24-ATF-007419 | Tokarev Savunma Silah Sanayi (Tokarev Arms) TBP 12 Shotgun, CAL:12, SN: 52-H22YB-013376 |
| 145 | 24-ATF-007420 | Derya Arms (Derya Silah Sanayi) VR-60 Shotgun, CAL:12, SN:R511625 |
| 146 | 24-ATF-007421 | 3 rounds of ammunition, CAL:12 |
| 147 | 24-ATF-007422 | DPMS Inc. (Defense Procurement Mfg. Services) LR-308 Rifle, CAL:308, SN: 69974 |

| 148 | 24-ATF-007423 | Hipoint (Strassell's Machine Inc.) 1095TS Rifle, CAL:10, SN: M13618 |
| 149 | 24-ATF-007425 | Romarm/Cugir PSL-54C Rifle, CAL:762, SN:  ROA22T-0397 |
| 150 | 24-ATF-007426 | Derya Arms (Derya Silah Sanayi) Shotgun, SN:  R487153 |
| 151 | 24-ATF-007427 | Ruger 10/22 Tactical Rifle, CAL:22, SN:  0024-19201 |
| 152 | 24-ATF-007428 | Walther M4 OPS Rifle, CAL:22, SN:  BP039882 |
| 153 | 24-ATF-007429 | Turkey LVR410 Shotgun, CAL:410, SN:  22HT-3702 |
| 154 | 24-ATF-007431 | McDuffee Arms MAR-15 Rifle, SN:  000128 |
| 155 | 24-ATF-007432 | Tokarev Savunma Silah Sanayi (Tokarev Arms) TAR 12P Shotgun, CAL:12, SN:  52-H23YD-003452 |
| 156 | 24-ATF-007433 | Just Right Carbines, LLC J R Carbine Rifle, CAL:9, SN: JRCV045529 |
| 157 | 24-ATF-007434 | Rock River Arms, Inc. LAR 15 Rifle, CAL:556, SN:  CM79332 |
| 158 | 24-ATF-007435 | Derya Arms (Derya Silah Sanayi) VR-60 Shotgun, CAL:12, SN: R511661 |
| 159 | 24-ATF-007437 | 215 rounds of assorted ammunition |
| 160 | 24-ATF-007438 | Walther PPK/S Pistol, CAL:22, SN:  WF072095 |
| 161 | 24-ATF-007440 | Walther PPK/S Pistol, CAL:380, SN:  9605BAF |
| 162 | 24-ATF-007442 | Colt Commander Pistol, CAL:38, SN:  LWC0124 |
| 163 | 24-ATF-007443 | North American Arms Guardian Pistol, CAL:32, SN:  AB0579 |
| 164 | 24-ATF-007445 | Heckler and Koch VP9 Pistol, CAL:9, SN:  224150735 |
| 165 | 24-ATF-007446 | Taurus PT1911AR Pistol, CAL:38, SN:  LBY42665 |
| 166 | 24-ATF-007447 | FNH USA, LLC 545 Pistol, CAL:45, SN:  BBP0011131 |
| 167 | 24-ATF-007448 | FNH USA, LLC Five Seven Pistol, CAL:5.7x28, SN:  386139563 |
| 168 | 24-ATF-007449 | Ruger SR40C Pistol, CAL:40, SN:  345-19579 |
| 169 | 24-ATF-007450 | Coonan Inc. Blaine, MN Classic Pistol, CAL:357, SN:  DCA1661 |
| 170 | 24-ATF-007451 | Glock GMBH 35 Pistol, CAL:40, SN:  XMD990 |
| 171 | 24-ATF-007452 | Smith & Wesson 52 Pistol, CAL:38, SN:  A589507 |
| 172 | 24-ATF-007453 | Smith & Wesson Bodyguard Pistol, CAL:380, SN:  KEY9251 |
| 173 | 24-ATF-007455 | Colt AR15 Rifle, CAL:223, SN:  SP78162 |
| 174 | 24-ATF-007457 | Smith & Wesson M&P 15-22 Rifle, CAL:22, SN:  DFA4899 |
| 175 | 24-ATF-007459 | Walther HK416D Rifle, CAL:22, SN:  HK019256 |
| 176 | 24-ATF-007460 | Radical Firearms, LLC RF-15 Rifle, CAL:223, SN:  RD22322 |
| 177 | 24-ATF-007461 | FNH USA, LLC Scar 17S Rifle, CAL:762, SN:  H0C16213 |
| 178 | 24-ATF-007462 | Aero Precision M5 Rifle, CAL:762, SN:  US189942 |
| 179 | 24-ATF-007463 | Romarm/Cugir GP WASR-10 Rifle, CAL:762, SN:  SAH-0549-81 |
| 180 | 24-ATF-007464 | Bushmaster Firearms XM15-E2S Rifle, CAL:223, SN:  L188624 |
| 181 | 24-ATF-007465 | Spike's Tactical LLC ST15 Rifle, CAL:223, SN:  16130 |
| 182 | 24-ATF-007466 | Heckler and Koch SL8-6 Rifle, CAL:223, SN:  48-019506 |
| 183 | 24-ATF-007467 | Harrington and Richardson 700 Rifle, CAL:22, SN:  AY498893 |
| 184 | 24-ATF-007468 | Marlin Firearms Co. 444XLR Rifle, CAL:444, SN:  92200369 |
| 185 | 24-ATF-007469 | CZ (Ceska Zbrojovka) CZ527 Varmint Rifle, CAL:17, SN:  C285756 |

| 186 | 24-ATF-007470 | Marlin Firearms Co. XT-17 Rifle, CAL:17, SN: MM39417B |
| 187 | 24-ATF-007471 | Marlin Firearms Co. 1894 Rifle, CAL:44, SN: MR90364H |
| 188 | 24-ATF-007472 | Remington Arms Company, Inc. M887 Shotgun, CAL:12, SN: AAE041016A |
| 189 | 24-ATF-007473 | Weatherby Vanguard Rifle, CAL:300, SN: VS26377 |
| 190 | 24-ATF-007474 | Savage 110 Rifle, CAL:338, SN: H274424 |
| 191 | 24-ATF-007475 | Barrett Firearms MFG CO 82A1 Rifle, CAL:50, BMG, SN: AA106315 |
| 192 | 24-ATF-007476 | Howa 1500 Rifle, CAL:308, SN: B690826 |
| 193 | 24-ATF-007477 | Standard Manufacturing Company, LLC DP-12 Shotgun, CAL:12, SN: DP14090 |
| 194 | 24-ATF-007478 | Standard Manufacturing Company, LLC DP-12 Shotgun, CAL:12, SN: DP37687 |
| 195 | 24-ATF-007479 | Umarex Sportwaffen GMBH & Co. KG. Beretta ARX160 Pistol, CAL:22, SN: PB016827 |
| 196 | 24-ATF-007480 | MKE-Makina Ve Kimya Endustrisi Kurumu (Kirikkale) AP5-P Pistol, CAL:9, SN: T0624-21CD00836 |
| 197 | 24-ATF-007481 | 62 rounds of Winchester-Western ammunition, CAL:9 |
| 198 | 24-ATF-007482 | Keltec, CNC Industries, Inc. RFB Rifle, CAL:762, SN: T1217 |
| 199 | 24-ATF-007483 | Colt Delta Elite Pistol, CAL:10, SN: DS08951 |
| 200 | 24-ATF-007484 | FNH USA, LLC 509 Pistol, CAL:9, SN: GKS0082572 |
| 201 | 24-ATF-007485 | Tisas - Trabzon Gun Industry Corp. 1911 D10 Pistol, CAL:10, SN: T0620-23DA00349 |
| 202 | 24-ATF-007486 | 24 rounds of United States Cartridge CO ammunition, CAL:9 |
| 203 | 24-ATF-007487 | Ruger Ruger-57 Pistol, CAL:57, SN: 643-63147 |
| 204 | 24-ATF-007489 | Walther PPK/S Pistol, CAL:380, SN: 172184S |
| 205 | 24-ATF-007490 | Walther PPK/S Pistol, CAL:22, SN: WF071862 |
| 206 | 24-ATF-007491 | AMT - California (Arcadia Machine & Tool) Automag II Pistol CAL:22, SN: Z57341 |
| 207 | 24-ATF-007492 | North American Arms Sidewinder Revolver, CAL:22, SN: E235434 |
| 208 | 24-ATF-007494 | SWD M11/9 Pistol CAL:9 SN:89-0016511 $950.00 89-0016511 |
| 209 | 24-ATF-007495 | CZ (Ceska Zbrojovka) CZ P-10 F Pistol, CAL:9, SN: H051891 |
| 210 | 24-ATF-007496 | CZ (Ceska Zbrojovka) CZ52 Pistol, CAL:762, SN: G09062 |
| 211 | 24-ATF-007497 | CZ (Ceska Zbrojovka) CZ52 Pistol, CAL:762, SN: R14173 |
| 212 | 24-ATF-007498 | Glock GMBH 27 Pistol, CAL:40, SN: BXG472US |
| 213 | 24-ATF-007499 | Taurus G2C Pistol, CAL:9, SN: 1C117291 |
| 214 | 24-ATF-007510 | Uberti, Aldo Single Action Army Revolver, CAL:45, SN: 96949 |
| 215 | 24-ATF-007511 | Beretta, Pietro S.P.A PX4 Storm Pistol, CAL:40, SN: PY06387 |
| 216 | 24-ATF-007512 | Taurus GX4 Pistol, CAL:9, SN: 1GA83836 |
| 217 | 24-ATF-007513 | Glock GMBH 43X Pistol, CAL:9, SN: BVVW738 |
| 218 | 24-ATF-007514 | 42 rounds of Remington ammunition, CAL:32 |
| 219 | 24-ATF-008039 | 973 rounds of assorted ammunition |
| 220 | 24-ATF-008398 | 4 Smoke/Marine Marker Explosives |