# EXHIBIT A

## (TRANSLATION FROM SPANISH TO ENGLISH)

| ORDINALS OR CODES OF THE MONTHS | JANUARY 01<br>MAY 05<br>SEPTEMBER 09 | FEBRUARY 02<br>JUNE 06<br>OCTOBER 10 | MARCH 03<br>JULY 07<br>NOV 11 | APRIL 04<br>AUGUST 08<br>DEC 12 | 1989 DECEMBER 12<br>(Illegible) |

REPUBLIC OF COLOMBIA
CIVIL REGISTRATION

Superintendence of Notaries and Registration
(Illegible) 476 (Signed)

### BIRTH RECORD

ID No.

| | 1) Basic part | 2) Comp. part |
|---|---|---|
| | 780120 | 13506 |

| VITAL STATISTICS DEPARTMENT DATA | 3) Class (Notary, Town hall, Town, etc)<br>FIFTEENTH NOTARY | | 4) Municipality and Department<br>MEDELLIN – ANTIOQUIA - COLOMBIA | | 5) Code<br>9784 | |
|---|---|---|---|---|---|---|
| | **GENERAL SECTION** | | | | | |
| REGISTRANT: | 6) Surnames<br>SERRANO | 7) Second surname<br>RESTREPO | | 8) Names<br>CARLOS ALBERTO | | |
| GENDER | 9) Male or Female:<br>MALE | 10)<br>MALE ( X )<br>FEMALE ( ) | Date of birth | 11) Day<br>20 | 12) Month<br>JANUARY | 13) Year<br>1978 |
| BIRTHPLACE | 14) Country<br>COLOMBIA | 15) Department:<br>ANTIOQUIA | | 16) Municipality<br>MEDELLIN | | |
| | **SPECIFIC SECTION** | | | | | |
| BIRTH DATA | 17) Hospital, address or place where the birth occurred  LEON TRECE CLINIC | | 18) Hour<br>3 A.M. | 19) Document presented<br>ECCLESIASTICAL CERTIFICATE | | |
| | 20) Name of the Professional who certified the birth | | | 21) License number | | |
| MOTHER | 22) Surnames<br>RESTREPO GIRALDO | | 23) Names<br>MARIA EUGENIA | | 24) Years old<br>22 | |
| | 25) ID<br>C.C. # 21.384.840 OF MEDELLIN | | 26) Nationality<br>COLOMBIAN | | 27) Occupation<br>OF. HOME | |
| FATHER | 28) surnames<br>SERRANO | | 29) names<br>PEDRO ANTONIO | | 30) age<br>30 | |
| | 31) ID<br>C.C. # 8.284.324 OF MEDELLIN | | 32) Nationality<br>COLOMBIAN | 33) Profession or occupation<br>MERCHANT | | |
| INFORMANT | 34) ID (Class and number)<br>C.C. # 8.284.324 OF MEDELLIN | | | 35) Signature autographs<br>(Signed) | | |

USA-000847