# EXHIBIT B

**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| ZLA2252578770 | | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| **Received Date** | **Priority Date** | **Applicant** A220 929 320 |
| 07/08/2022 | | SERRANO RESTREPO, CARLOS ALBERTO |
| **Notice Date** | **Page** | |
| 02/01/2023 | 1 of 2 | |

CARLOS ALBERTO SERRANO RESTREPO
8510 W MYRTLE AVE
GLENDALE AZ 85305

**Notice Type:** Interview Waiver

### Notice of Evidence of Untimely Filing and Optional Waiver of Asylum Interview

Applicants:
SERRANO RESTREPO, CARLOS ALBERTO    A220 929 ▮
SERRANO GIRALDO, DAYANA ANGELICA    A240 797 ▮

This letter refers to your Form I-589, *Application for Asylum and for Withholding of Removal*, filed with U.S. Citizenship and Immigration Services (USCIS).

An applicant who applies for asylum with USCIS must demonstrate by clear and convincing evidence that the application was filed within one year of the date of last arrival in the U.S. or from April 1, 1997, whichever date is later. INA § 208(a)(2)(B). An asylum applicant who fails to establish that the application was filed within one year of the date of last arrival is prohibited from applying unless the applicant establishes that there are changed circumstances that materially affect the applicant's eligibility for asylum or extraordinary circumstances directly related to the delay in filing. INA § 208(a)(2)(D); 8 CFR § 208.4(a).

You claimed that you last arrived in the United States on 04/17/2008. You filed your application for asylum on 07/08/2022. You have not demonstrated by clear and convincing evidence that you filed within one year of your last arrival. Also you did not provide an explanation for not filing on time which was sufficient to establish an exception to the filing deadline requirement. Therefore, the evidence USCIS currently has supports a determination that your asylum application is prohibited.

**Interview:**
You are entitled to an interview with an asylum officer at which you may present additional evidence about whether you did file your asylum application within one year of the date of last arrival in the U.S., and/or about whether you meet one of the exceptions to this filing deadline described above. However, because the current evidence in your application does not establish that you filed timely or qualify for an exception to the deadline, USCIS is offering you the option to waive an interview with an asylum officer.

If you choose to waive the asylum interview, you will receive a Referral Notice and a Notice to Appear, placing you and the dependents on your application in removal proceedings before an immigration judge with the Executive Office for Immigration Review. You may renew your application for asylum and submit any other applications for relief or protection with the immigration judge, where you may also provide further evidence or arguments about whether you meet an exception to the One Year Filing Deadline.

If you do not choose to waive the interview, you will receive an interview notice with the time and place of your scheduled interview with an asylum officer to review the timeliness of your application.

**Instructions:**
If you wish to have an interview with an asylum officer, no action is needed on your part. You do not need to sign and return the waiver. You will be scheduled for an asylum interview at a later date.

If you wish to waive your interview with an asylum officer, sign this notice and return it to the below address within 45 days from the date of this Notice.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Los Angeles Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 2003
Tustin CA 92781-2003
USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21