# EXHIBIT C

Departamento del Tesoro
Servicio de Impuestos Internos
AUSTIN, TX 78714-9342

Fecha de este aviso: 07/28/2008
Número de este aviso: CP565
Forma: W-7
Número de Referencia del Caso:
20292143325478
Fecha de Nacimiento:
01/20/1976

CARLOS ALBERTO SERRANO-RESTREPO
195 WALTON WOODS DR
NEWNAN, GA 30263

Para asistencia llame al:
(215) 516-4846
Para llamadas internacionales:
(215) 516-4846
Este número no es gratuito

O puede escribirnos a:
Internal Revenue Service
PO Box 149342
AUSTIN, TX 78714-9342

## NOSOTROS LE ASIGNAMOS A USTED UN NÚMERO DE IDENTIFICACIÓN PERSONAL DE CONTRIBUYENTE DEL IRS (ITIN)

### 939-85-████

Gracias por la Forma W-7, Solicitud de Número de Identificación Personal del Contribuyente del Servicio de Impuestos Internos. Nosotros le asignamos a usted el ITIN mostrado en la parte superior. Favor de guardar este aviso. Si alguna parte de su nombre y/o dirección está incorrecta, por favor notifíquenos por escrito a la dirección mostrada en esta página incluyendo una copia de este aviso.

Lo siguiente es cierto sobre su ITIN asignado:

- Es solamente para propósitos del impuesto federal, por ejemplo, para presentar una declaración de impuestos federal
- No es un número de seguro social (SSN); es un número de identificación emitido por el IRS
- No le da derecho a los beneficios del seguro social ni al crédito por ingreso del trabajo (EIC)
- Si usted no usa su ITIN para los propósitos del impuesto federal sobre su ingreso o para cualquier propósito federal, se le puede revocar
- No cambia su estado de inmigración o su derecho a trabajar en los Estados Unidos

Cuando se requiere el SSN, favor de usar su ITIN en cualquier declaración de impuestos sobre ingreso federal u otro propósito tributario. Favor de usar su nombre completo y el ITIN tal como aparece en este aviso y en toda correspondencia con el IRS, incluyendo declaraciones de impuestos, pagos de impuestos, y reclamaciones de reembolso. Si usted usa cualquier otra variación en su nombre o en el ITIN, usted puede causar atrasos en el proceso y también información incorrecta en su cuenta.

Si usted cambia su nombre, favor de enviarnos una copia de este aviso junto con la documentación que cambia del nombre a la dirección mencionada en la parte superior, o visite su oficina local del IRS, para poner nuestros archivos al día. Ejemplos de comprobantes de identificación aceptables puede ser un certificado de matrimonio o registro judicial.

Si se hace ciudadano americano o residente extranjero legal autorizado por los Servicios de Inmigración y Ciudadanía de los Estados Unidos, usted será elegible para obtener el SSN. Usted debe aplicar para un SSN en la Administración del Seguro Social, y empezar a usar ese número para propósitos de impuestos en vez del ITIN. Cuando usted reciba el SSN, envíe una copia de su tarjeta del seguro social incluyendo una copia de este aviso a la dirección mostrada en esta página, o puede visitar la oficina local del IRS para que ponga al día su documentación.

