# EXHIBIT D

**Form 1040** Department of the Treasury-Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2021** OMB No. 1545-0074   IRS Use Only-Do not write or staple in this space.

**Filing Status**
Check only one box.
[x] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ►

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| CARLOS | SERRANO | 939-85-■■■ |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| | | |

Home address (number and street). If you have a P.O. box, see instructions.
8510 WEST MYRTLE AVENUE    Apt. no.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You  [ ] Spouse

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| Glendale | AZ | 85305 |
| Foreign country name | Foreign province/state/county | Foreign postal code |

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? [ ] Yes [x] No

**Standard Deduction**
Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: [ ] Were born before January 2, 1957  [ ] Are blind   **Spouse:** [ ] Was born before January 2, 1957  [ ] Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ► [ ]

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

Attach Sch. B if required.

| | | | Amount |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **1** | |
| 2a | Tax-exempt interest . . . .  2a | **b** Taxable interest . . . . . . . . . **2b** | |
| 3a | Qualified dividends . . . . .  3a | **b** Ordinary dividends . . . . . . . . **3b** | |
| 4a | IRA distributions . . . . . .  4a | **b** Taxable amount . . . . . . . . . **4b** | |
| 5a | Pensions and annuities . . .  5a | **b** Taxable amount . . . . . . . . . **5b** | |
| 6a | Social security benefits . . .  6a | **b** Taxable amount . . . . . . . . . **6b** | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . ► [ ] | **7** | |
| 8 | Other income from Schedule 1, line 10 . . . . . . . . . . . . . . . . . . . . . . | **8** | 250,000 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . . . . . . . . . . . . ► | **9** | 250,000 |
| 10 | Adjustments to income from Schedule 1, line 26 . . . . . . . . . . . . . . . . . . | **10** | 12,201 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** . . . . . . . . . . . . . . . ► | **11** | 237,799 |
| 12a | Standard deduction or itemized deductions (from Schedule A) . . . . .  12a  12,550 | | |
| b | Charitable contributions if you take the standard deduction (see instructions)  12b | | |
| c | Add lines 12a and 12b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12c** | 12,550 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . . . . . . . . . . | **13** | |
| 14 | Add lines 12c and 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 12,550 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0-. . . . . . . . . . . . . . | **15** | 225,249 |

**Standard Deduction for-**
• Single or Married filing separately, $12,550
• Married filing jointly or Qualifying widow(er), $25,100
• Head of household, $18,800
• If you checked any box under *Standard Deduction,* see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
Form **1040** (2021)
EEA



EXHIBIT D

Form 1040 (2021)    CARLOS SERRANO                                                                    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    Page **2**

| | | | | |
|---|---|---|---|---|
| 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814   2 ☐ 4972   3 ☐ _____ . . . | | 16 | 53,381 |
| 17 | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . . . . . . . . | | 17 | |
| 18 | Add lines 16 and 17 . . . . . . . . . . . . . . . . . . . . . . . . | | 18 | 53,381 |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 . . . . . . . . . . | | 19 | |
| 20 | Amount from Schedule 3, line 8 . . . . . . . . . . . . . . . . . . . | | 20 | |
| 21 | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . . . . . . | | 21 | 0 |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- . . . . . . . . . . . . . . . | | 22 | 53,381 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 . . . . . . . . . . . . . . | | 23 | 24,680 |
| 24 | Add lines 22 and 23. This is your **total tax** . . . . . . . . . . . . . . . . . . ▶ | | 24 | 78,061 |
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . | 25a | | |
| b | Form(s) 1099 . . . . . . . . . . . . . . . . . . | 25b | | |
| c | Other forms (see instructions) . . . . . . . . . . . . . . . | 25c | | |
| d | Add lines 25a through 25c . . . . . . . . . . . . . . . | | 25d | |
| 26 | 2021 estimated tax payments and amount applied from 2020 return . . . . . . . . . . . . . . . | | 26 | |
| 27a | Earned income credit (EIC) . . . . . NO . . . . . . . . . . . . . . | 27a | | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | | |
| b | Nontaxable combat pay election . . . . . . . . | 27b | | |
| c | Prior year (2019) earned income . . . . . . . | 27c | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 . . . . . . . . . . | 29 | | |
| 30 | Recovery rebate credit. See instructions . . . . . . . . . . . . . . . . | 30 | 0 | |
| 31 | Amount from Schedule 3, line 15 . . . . . . . . . . . . . . . . . . | 31 | 2,482 | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** . ▶ | | 32 | 2,482 |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** . . . . . . . . . . . . . . . . . ▶ | | 33 | 2,482 |

**If you have a qualifying child, attach Sch. EIC.**

**Refund**

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** . . . . | 34 | 0 |
| 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here . . . . . . ▶ ☐ | 35a | 0 |

Direct deposit? See instructions.

▶ b Routing number ☐☐☐☐☐☐☐☐☐   ▶ c Type: ☐ Checking  ☐ Savings
▶ d Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

| | | | |
|---|---|---|---|
| 36 | Amount of line 34 you want **applied to your 2022 estimated tax** . . . . ▶ | 36 | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 37 | **Amount you owe**. Subtract line 33 from line 24. For details on how to pay, see instructions · · · · ▶ | 37 | 76,032 |
| 38 | Estimated tax penalty (see instructions) . . . . . . . . . . . . . . . . . . ▶ | 38 | 453 |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ **Yes. Complete below.** ☒ **No**

| Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | ☐☐☐☐☐☐ |
|---|---|---|---|

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
|---|---|---|---|
| 54504 | 05-04-2022 | RESTAURATION | ☐☐☐☐☐☐ |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ ☐☐☐☐☐☐ |

Phone no. 347-867-▓    Email address

**Paid Preparer Use Only**

| Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|
| | 06-09-2023 | P0097▓ | ☐ Self-employed |
| Preparer's name BELKIS ESTEVEZ | | Phone no. 718-231-▓ | |
| Firm's name ▶ DK TAXES CORP | | | |
| Firm's address ▶ 333 EAST GUN HILL RD  Bronx, NY 10467 | | Firm's EIN ▶ 20-368▓ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                                    Form **1040** (2021)

EEA

EXHIBIT D

| SCHEDULE 1 (Form 1040) | Additional Income and Adjustments to Income | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Attach to Form 1040, 1040-SR, or 1040-NR. ► Go to *www.irs.gov/Form1040* for instructions and the latest information. | **2021** Attachment Sequence No. **01** |

| Name(s) shown on Form 1040,1040-SR, or 1040-NR | Your social security number |
|---|---|
| CARLOS SERRANO | 939-85- |

## Part I  Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . . . . . | **1** | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Date of original divorce or separation agreement (see instructions) . . ► _____ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . . . . . . . | **3** | 250,000 |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Other income: | | |
| a | Net operating loss . . . . . . . . . . . . . . . . . . . . | **8a** ( ) | |
| b | Gambling income . . . . . . . . . . . . . . . . . . . . . | **8b** | |
| c | Cancellation of debt . . . . . . . . . . . . . . . . . . . . . | **8c** | |
| d | Foreign earned income exclusion from Form 2555 . . . . . . . . . . | **8d** ( ) | |
| e | Taxable Health Savings Account distribution . . . . . . . . . . . . . . . | **8e** | |
| f | Alaska Permanent Fund dividends . . . . . . . . . . . . . . . . | **8f** | |
| g | Jury duty pay . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8g** | |
| h | Prizes and awards . . . . . . . . . . . . . . . . . . . . . . . . . | **8h** | |
| i | Activity not engaged in for profit income . . . . . . . . . . . . . . . . | **8i** | |
| j | Stock options . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8j** | |
| k | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8k** | |
| l | Olympic and Paralympic medals and USOC prize money (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8l** | |
| m | Section 951(a) inclusion (see instructions) . . . . . . . . . . . . . . . | **8m** | |
| n | Section 951A(a) inclusion (see instructions) . . . . . . . . . . . . . . | **8n** | |
| o | Section 461(l) excess business loss adjustment . . . . . . . . . . . . . | **8o** | |
| p | Taxable distributions from an ABLE account (see instructions) . . . . . | **8p** | |
| z | Other income. List type and amount ► _____ _____ | **8z** | |
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040,1040-SR, or 1040-NR line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 250,000 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2021

EEA

EXHIBIT D

Schedule 1 (Form 1040) 2021 Page **2**

| Part II | Adjustments to Income | | |
|---|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . . . | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . . . . . . | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . . . . . | 15 | 12,201 |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . | 16 | |
| 17 | Self-employed health insurance deduction . . . . . . . . . . | 17 | |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . | 18 | |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . | 19a | |
| b | Recipient's SSN . . . . . . . . . . . . . . . . ▶ _____ | | |
| c | Date of original divorce or separation agreement (see instructions) . . ▶ _____ | | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . | 21 | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . | 22 | |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) . . . . . . . . . . . . . . . . | **24a** | |
| b | Deductible expenses related to income reported on line 8k from the rental of personal property engaged in for profit . . . . . . . . . . | **24b** | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8l . . . . . . . . . . | **24c** | |
| d | Reforestation amortization and expenses . . . . . . . . . . . . | **24d** | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . | **24e** | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . . . . . . . . | **24f** | |
| g | Contributions by certain chaplains to section 403(b) plans . . . . . . . . | **24g** | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . . . . . . | **24h** | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . . . . | **24i** | |
| j | Housing deduction from Form 2555 . . . . . . . . . . . . . | **24j** | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . | **24k** | |
| z | Other adjustments. List type and amount ▶ _____ | **24z** | |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . . . . . . . | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . . . . . . | 26 | 12,201 |

EEA

# EXHIBIT D

| SCHEDULE 2 (Form 1040)  Department of the Treasury Internal Revenue Service | **Additional Taxes**  ▶ Attach to Form 1040, 1040-SR, or 1040-NR.  ▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | OMB No. 1545-0074  **2021**  Attachment Sequence No. 02 |
|---|---|---|

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR  CARLOS  SERRANO | Your social security number  939-85- |
|---|---|

## Part I    Tax

| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
|---|---|---|---|
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . . . . | **2** | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . | **3** | 0 |

## Part II    Other Taxes

| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . . | **4** | 24,402 |
|---|---|---|---|
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 . . . . . . . . . . . . . . . . . . . . . . . **5** | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 . . . . . . . . . . . . . . . . . . . . . **6** | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . . . . | **7** | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required | **8** | |
| 9 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . . | **10** | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . . . . . . . . . . . | **11** | 278 |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . . . . . . . . . . . . . . . | **12** | 0 |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . . . . . | **16** | |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 2 (Form 1040) 2021

EEA

# EXHIBIT D

Schedule 2 (Form 1040) 2021          Page **2**

| Part II | Other Taxes *(continued)* |
|---|---|

| | | | |
|---|---|---|---|
| **17** | Other additional taxes: | | |
| **a** | Recapture of other credits. List type, form number, and amount ▶ _____ | **17a** | |
| **b** | Recapture of federal mortgage subsidy. If you sold your home in 2021, see instructions . . . . . . . . . . . . . . . . . . . . . | **17b** | |
| **c** | Additional tax on HSA distributions. Attach Form 8889 . . . . . . | **17c** | |
| **d** | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . . . . . . . . | **17d** | |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 . | **17e** | |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 . . . . . . . . . . . . . . . . . . . . . . . . . . | **17f** | |
| **g** | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . . . . . | **17g** | |
| **h** | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . . . | **17h** | |
| **i** | Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . . . . . | **17i** | |
| **j** | Section 72(m)(5) excess benefits tax . . . . . . . . . . . . . . | **17j** | |
| **k** | Golden parachute payments . . . . . . . . . . . . . . . . . | **17k** | |
| **l** | Tax on accumulation distribution of trusts . . . . . . . . . . . | **17l** | |
| **m** | Excise tax on insider stock compensation from an expatriated corporation . . . . . . . . . . . . . . . . . . . . . . . . . . | **17m** | |
| **n** | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . . . . . . . . . . . . . . . . . . . . . . . . . | **17n** | |
| **o** | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . . . | **17o** | |
| **p** | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . . | **17p** | |
| **q** | Any interest from Form 8621, line 24 . . . . . . . . . . . . . . | **17q** | |
| **z** | Any other taxes. List type and amount ▶ _____ | **17z** | |
| **18** | Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . . . . . . . | **18** | |
| **19** | Additional tax from Schedule 8812 . . . . . . . . . . . . . . . . . . . . . . . . | **19** | |
| **20** | Section 965 net tax liability installment from Form 965-A . . . .    **20** | | |
| **21** | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . . | **21** | 24,680 |

EEA          **Schedule 2 (Form 1040) 2021**

EXHIBIT D

| SCHEDULE 3<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Additional Credits and Payments**<br><br>▶ Attach to Form 1040, 1040-SR, or 1040-NR.<br>▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | OMB No. 1545-0074<br>**2021**<br>Attachment<br>Sequence No. **03** |
|---|---|---|

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR<br>CARLOS SERRANO | Your social security number<br>939-85-███ |
|---|---|

| **Part I** | **Nonrefundable Credits** |
|---|---|

| 1 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . . . . . . . . . . . | **1** | |
|---|---|---|---|
| 2 | Credit for child and dependent care expenses from Form 2441, line 11. Attach<br>Form 2441 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Education credits from Form 8863, line 19 . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Retirement savings contributions credit. Attach Form 8880 . . . . . . . . . . . . . . . . | **4** | |
| 5 | Residential energy credits. Attach Form 5695 . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Other nonrefundable credits: | | |

| a | General business credit. Attach Form 3800 . . . . . . . . . . . . . . . . . | **6a** | |
|---|---|---|---|
| b | Credit for prior year minimum tax. Attach Form 8801 . . . . . . . . . . . | **6b** | |
| c | Adoption credit. Attach Form 8839 . . . . . . . . . . . . . . . . . . . . | **6c** | |
| d | Credit for the elderly or disabled. Attach Schedule R . . . . . . . . . . . | **6d** | |
| e | Alternative motor vehicle credit. Attach Form 8910 . . . . . . . . . . . | **6e** | |
| f | Qualified plug-in motor vehicle credit. Attach Form 8936 . . . . . . . . . | **6f** | |
| g | Mortgage interest credit. Attach Form 8396 . . . . . . . . . . . . . . . . | **6g** | |
| h | District of Columbia first-time homebuyer credit. Attach Form 8859 . . . | **6h** | |
| i | Qualified electric vehicle credit. Attach Form 8834 . . . . . . . . . . . . | **6i** | |
| j | Alternative fuel vehicle refueling property credit. Attach Form 8911 . . . | **6j** | |
| k | Credit to holders of tax credit bonds. Attach Form 8912 . . . . . . . . . | **6k** | |
| l | Amount on Form 8978, line 14. See instructions . . . . . . . . . . . . . | **6l** | |
| z | Other nonrefundable credits. List type and amount ▶ _____ | **6z** | |

| 7 | Total other nonrefundable credits. Add lines 6a through 6z . . . . . . . . . . . . . . . | **7** | |
|---|---|---|---|
| 8 | Add lines 1 through 5 and 7. Enter here and on Form 1040,1040-SR, or 1040-NR,<br>line 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 0 |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.                    Schedule 3 (Form 1040) 2021

EEA

EXHIBIT D

Schedule 3 (Form 1040) 2021

Page **2**

| Part II | Other Payments and Refundable Credits |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 9 | Net premium tax credit. Attach Form 8962 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 9 | |
| 10 | Amount paid with request for extension to file (see instructions) . . . . . . . . . . . . . . . . . | | | 10 | |
| 11 | Excess social security and tier 1 RRTA tax withheld . . . . . . . . . . . . . . . . . . . . . | | | 11 | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . . . . . . . . . . . . . . . . . | | | 12 | 482 |
| 13 | Other payments or refundable credits: | | | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13a | | | |
| b | Qualified sick and family leave credits from Schedule(s) H and Form(s) 7202 for leave taken before April 1, 2021 . . . . . . . . . . . . . . | 13b | 2,000 | | |
| c | Health coverage tax credit from Form 8885 . . . . . . . . . . . . . . . . . . | 13c | | | |
| d | Credit for repayment of amounts included in income from earlier years . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13d | | | |
| e | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13e | | | |
| f | Deferred amount of net 965 tax liability (see instructions) . . . . . . . . . | 13f | | | |
| g | Credit for child and dependent care expenses from Form 2441, line 10. Attach Form 2441 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13g | | | |
| h | Qualified sick and family leave credits from Schedule(s) H and Form(s) 7202 for leave taken after March 31, 2021 . . . . . . . . . . . . . | 13h | | | |
| z | Other payments or refundable credits. List type and amount ▶ _____ _____ | 13z | | | |
| 14 | Total other payments or refundable credits. Add lines 13a through 13z . . . . . . . . . . . . . . | | | 14 | 2,000 |
| 15 | Add lines 9 through 12 and 14. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 15 | 2,482 |

EEA

**Schedule 3 (Form 1040) 2021**

EXHIBIT D

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service (99) | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065. | OMB No. 1545-0074<br>**2021**<br>Attachment<br>Sequence No. **09** |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| CARLOS SERRANO | 939-85- |

**A** Principal business or profession, including product or service (see instructions)

**B** Enter code from instructions ▶

**C** Business name. If no separate business name, leave blank.

Form 1099 from VALDA SERVICES CORP

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ 8510 WEST MYRTLE AVENUE

City, town or post office, state, and ZIP code    Glendale, AZ 85305

**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses ..... [X] Yes [ ] No

**H** If you started or acquired this business during 2021, check here ......... ▶

**I** Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions ............... [ ] Yes [ ] No

**J** If "Yes," did you or will you file required Form(s) 1099? ................. [ ] Yes [ ] No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ [ ] | 1 | 250,000 |
| 2 | Returns and allowances | 2 | 0 |
| 3 | Subtract line 2 from line 1 | 3 | 250,000 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3. | 5 | 250,000 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 250,000 |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 Repairs and maintenance | 21 | |
| | | | | 22 Supplies (not included in Part III) | 22 | |
| | | | | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a Other expenses (from line 48) | 27a | |
| 17 | Legal and professional services | 17 | | b Reserved for future use | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | 28 | 0 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 250,000 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 250,000 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.                    Schedule C (Form 1040) 2021

EEA

EXHIBIT D

| SCHEDULE SE<br>(Form 1040) | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ► Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.<br>► Attach to Form 1040, 1040-SR, or 1040-NR. | **2021**<br>Attachment<br>Sequence No. **17** |

| Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR)<br>CARLOS SERRANO | Social security number of person<br>with **self-employment** income ► 939-85- |
|---|---|

## Part I  Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income,** see instructions for how to report your income and the definition of church employee income.

**A**   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . . . . . . . . . . . ► ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **1 a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH . . . . | **1b** | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order . . . . . . | **2** | 250,000 |
| **3** | Combine lines 1a, 1b, and 2    . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 250,000 |
| **4 a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3   . . . . . . . . . | **4a** | 230,875 |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here. . . . . . . . . . . . . . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue . . . . . . . . . . . . . . . . ► | **4c** | 230,875 |
| **5 a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income   . . . . . . . . . . . . . . . . . . . **5a** | | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0-   . . . . . . . . . . . . . . . . . . . . . | **5b** | |
| **6** | Add lines 4c and 5b   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 230,875 |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2021   . . . . . . . . . . . . . . . . . . . | **7** | 142,800 |
| **8 a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $142,800 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . . . . . . . . . . **8a** | | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10 . . . . . . . . . **8b** | | |
| **c** | Wages subject to social security tax from Form 8919, line 10   . . . . . . . . . . . . **8c** | | |
| **d** | Add lines 8a, 8b, and 8c. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8d** | |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11. . . . . . . . . . . . ► | **9** | 142,800 |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124). . . . . . . . . . . . . . . . . . . . | **10** | 17,707 |
| **11** | Multiply line 6 by 2.9% (0.029)   . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 6,695 |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4**   . . . . . . . . . | **12** | 24,402 |
| **13** | **Deduction for one-half of self-employment tax.**<br>Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040),**<br>line 15    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13** 12,201 | | |

## Part II  Optional Methods To Figure Net Earnings  (see instructions)

**Farm Optional Method.** You may use this method **only if (a)** your gross farm income[1] wasn't more than $8,820, **or (b)** your net farm profits[2] were less than $6,367.

| | | | |
|---|---|---|---|
| **14** | Maximum income for optional methods   . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 5,880 |
| **15** | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) **or** $5,880. Also, include this amount on line 4b above    . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |

**Nonfarm Optional Method.** You may use this method **only if (a)** your net nonfarm profits[3] were less than $6,367 and also less than 72.189% of your gross nonfarm income[4], **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| **16** | Subtract line 15 from line 14    . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| **17** | Enter the **smaller** of: two-thirds (2 /3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above   . . . . . . . . . . . . . . . . . . . . . . | **17** | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A-minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

**For Paperwork Reduction Act Notice, see your tax return instructions.**     Schedule SE (Form 1040) 2021

EEA

EXHIBIT D

| Form **8995-A** | **Qualified Business Income Deduction** | OMB No. 1545-2294 |
|---|---|---|
| | ► **Attach to your tax return.** | **2021** |
| Department of the Treasury<br>Internal Revenue Service | ► **Go to** *www.irs.gov/Form8995A* **for instructions and the latest information.** | Attachment<br>Sequence No. **55A** |

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| CARLOS SERRANO | 939-85-▓▓ |

**Note:** *You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is above $164,900 ($164,925 if married filing separately; $329,800 if married filing jointly), or you're a patron of an agricultural or horticultural cooperative.*

### Part I — Trade, Business, or Aggregation Information

*Complete Schedules A, B, and/or C (Form 8995-A), as applicable, before starting Part I. Attach additional worksheets when needed. See instructions.*

| 1 | (a) Trade, business, or aggregation name | (b) Check if specified service | (c) Check if aggregation | (d) Taxpayer identification number | (e) Check if patron |
|---|---|---|---|---|---|
| A | Schedule C: Form 1099 from VALDA SE | ☐ | ☐ | 939-85-▓▓ | ☐ |
| B | | ☐ | ☐ | | ☐ |
| C | | ☐ | ☐ | | ☐ |

### Part II — Determine Your Adjusted Qualified Business Income

| | | | A | B | C |
|---|---|---|---|---|---|
| 2 | Qualified business income from the trade, business, or aggregation. See instructions | 2 | 237,799 | | |
| 3 | Multiply line 2 by 20% (0.20). If your taxable income is $164,900 or less ($164,925 if married filing separately; $329,800 if married filing jointly), skip lines 4 through 12 and enter the amount from line 3 on line 13 | 3 | 47,560 | | |
| 4 | Allocable share of W-2 wages from the trade, business, or aggregation | 4 | 0 | | |
| 5 | Multiply line 4 by 50% (0.50) | 5 | | | |
| 6 | Multiply line 4 by 25% (0.25) | 6 | | | |
| 7 | Allocable share of the unadjusted basis immediately after acquisition (UBIA) of all qualified property | 7 | 0 | | |
| 8 | Multiply line 7 by 2.5% (0.025) | 8 | | | |
| 9 | Add lines 6 and 8 | 9 | 0 | | |
| 10 | Enter the greater of line 5 or line 9 | 10 | 0 | | |
| 11 | W-2 wage and UBIA of qualified property limitation. Enter the smaller of line 3 or line 10 | 11 | 0 | | |
| 12 | Phased-in reduction. Enter the amount from line 26, if any | 12 | | | |
| 13 | Qualified business income deduction before patron reduction. Enter the greater of line 11 or line 12 | 13 | 0 | | |
| 14 | Patron reduction. Enter the amount from Schedule D (Form 8995-A), line 6, if any. See instructions | 14 | | | |
| 15 | Qualified business income component. Subtract line 14 from line 13 | 15 | 0 | | |
| 16 | Total qualified business income component. Add all amounts reported on line 15 ► | 16 | 0 | | |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**
EEA

Form **8995-A** (2021)

EXHIBIT D

| Form **8959** | | **Additional Medicare Tax** | | OMB No. 1545-0074 |
|---|---|---|---|---|

Form **8959**

Department of the Treasury
Internal Revenue Service

► If any line does not apply to you, leave it blank. See separate instructions.
► Attach to Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS.
► Go to *www.irs.gov/Form8959* for instructions and the latest information.

**2021**

Attachment
Sequence No. **71**

Name(s) shown on return: CARLOS SERRANO

Your social security number: 939-85-▓▓▓

## Part I — Additional Medicare Tax on Medicare Wages

| | | | |
|---|---|---|---|
| 1 | Medicare wages and tips from Form W-2, box 5. If you have more than one Form W-2, enter the total of the amounts from box 5 . . . . . . . . . . . . . . . . . | **1** | |
| 2 | Unreported tips from Form 4137, line 6 . . . . . . . . . . . . . . . . | **2** | |
| 3 | Wages from Form 8919, line 6 . . . . . . . . . . . . . . . . | **3** | |
| 4 | Add lines 1 through 3 . . . . . . . . . . . . . . . . | **4** | |
| 5 | Enter the following amount for your filing status:<br>Married filing jointly . . . . . . . . . . . . . . . . $250,000<br>Married filing separately . . . . . . . . . . . . . . . $125,000<br>Single, Head of household, or Qualifying widow(er) . . . . . . . . . . $200,000 | **5** | 200,000 |
| 6 | Subtract line 5 from line 4. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Additional Medicare Tax on Medicare wages. Multiply line 6 by 0.9% (0.009). Enter here and go to Part II . . . . . . . . . . . . . . . . . . . . . . | **7** | |

## Part II | Additional Medicare Tax on Self-Employment Income

| | | | |
|---|---|---|---|
| 8 | Self-employment income from Schedule SE (Form 1040), Part I, line 6. If you had a loss, enter -0- (Form 1040-PR or 1040-SS filers, see instructions.) . . . . . . . . | **8** | 230,875 |
| 9 | Enter the following amount for your filing status:<br>Married filing jointly . . . . . . . . . . . . . . . . $250,000<br>Married filing separately. . . . . . . . . . . . . . . $125,000<br>Single, Head of household, or Qualifying widow(er) . . . . . . . . . . . . $200,000 | **9** | 200,000 |
| 10 | Enter the amount from line 4 . . . . . . . . . . . . . . . . | **10** | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . | **11** | 200,000 |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | **12** | 30,875 |
| 13 | Additional Medicare Tax on self-employment income. Multiply line 12 by 0.9% (0.009). Enter here and go to Part III . . . . . . . . . . . . . . . . . . . . | **13** | 278 |

## Part III | Additional Medicare Tax on Railroad Retirement Tax Act (RRTA) Compensation

| | | | |
|---|---|---|---|
| 14 | Railroad retirement (RRTA) compensation and tips from Form(s) W-2, box 14 (see instructions) . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Enter the following amount for your filing status:<br>Married filing jointly . . . . . . . . . . . . . . . . $250,000<br>Married filing separately . . . . . . . . . . . . . . . $125,000<br>Single, Head of household, or Qualifying widow(er) . . . . . . . . . . . $200,000 | **15** | |
| 16 | Subtract line 15 from line 14. If zero or less, enter -0- . . . . . . . . . . . . . . | **16** | |
| 17 | Additional Medicare Tax on railroad retirement (RRTA) compensation. Multiply line 16 by 0.9% (0.009). Enter here and go to Part IV . . . . . . . . . . . . . . . . . . . | **17** | |

## Part IV | Total Additional Medicare Tax

| | | | |
|---|---|---|---|
| 18 | Add lines 7, 13, and 17. Also include this amount on Schedule 2 (Form 1040), line 11 (Form 1040-PR or 1040-SS filers, see instructions), and go to Part V . . . . . . . . . . . . . . . . . | **18** | 278 |

## Part V | Withholding Reconciliation

| | | | |
|---|---|---|---|
| 19 | Medicare tax withheld from Form W-2, box 6. If you have more than one Form W-2, enter the total of the amounts from box 6 . . . . . . . . . . . . . . . . | **19** | |
| 20 | Enter the amount from line 1 . . . . . . . . . . . . . . . . | **20** | |
| 21 | Multiply line 20 by 1.45% (0.0145). This is your regular Medicare tax withholding on Medicare wages . . . . . . . . . . . . . . . . | **21** | |
| 22 | Subtract line 21 from line 19. If zero or less, enter -0-. This is your Additional Medicare Tax withholding on Medicare wages . . . . . . . . . . . . . . . . | **22** | |
| 23 | Additional Medicare Tax withholding on railroad retirement (RRTA) compensation from Form W-2, box 14 (see instructions) . . . . . . . . . . . . . . . . | **23** | |
| 24 | **Total Additional Medicare Tax withholding.** Add lines 22 and 23. Also include this amount with federal income tax withholding on Form 1040, 1040-SR, or 1040-NR, line 25c (Form 1040-PR, or 1040-SS filers, see instructions) . . . . . . . . . . . . . . . . | **24** | |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **8959** (2021)

EEA

EXHIBIT D

| Form **8960** | **Net Investment Income Tax—Individuals, Estates, and Trusts** | OMB No. 1545-2227 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Attach to your tax return.<br>▶ Go to *www.irs.gov/Form8960* for instructions and the latest information. | **2021**<br>Attachment<br>Sequence No. **72** |

| Name(s) shown on your tax return | Your social security number or EIN |
|---|---|
| CARLOS SERRANO | 939-85-▓▓▓ |

**Part I** **Investment Income**
☐ Section 6013(g) election (see instructions)
☐ Section 6013(h) election (see instructions)
☐ Regulations section 1.1411-10(g) election (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Taxable interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | | |
| 2 | Ordinary dividends (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | | |
| 3 | Annuities (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | |
| 4a | Rental real estate, royalties, partnerships, S corporations, trusts, etc. (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4a** | | |
| b | Adjustment for net income or loss derived in the ordinary course of a non-section 1411 trade or business (see instructions) . . . . . . . . . . . . . . . . . . | **4b** | | |
| c | Combine lines 4a and 4b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **4c** | 0 |
| 5a | Net gain or loss from disposition of property (see instructions) . . . . . . . . . . . | **5a** | | |
| b | Net gain or loss from disposition of property that is not subject to net investment income tax (see instructions) . . . . . . . . . . . . . . . . . . . . | **5b** | | |
| c | Adjustment from disposition of partnership interest or S corporation stock (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5c** | | |
| d | Combine lines 5a through 5c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **5d** | 0 |
| 6 | Adjustments to investment income for certain CFCs and PFICs (see instructions) . . . . . . . . . . . . . . . . | **6** | | |
| 7 | Other modifications to investment income (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | | |
| 8 | Total investment income. Combine lines 1, 2, 3, 4c, 5d, 6, and 7 . . . . . . . . . . . . . . . . . . . . . . . | **8** | 0 |

**Part II** **Investment Expenses Allocable to Investment Income and Modifications**

| | | | | |
|---|---|---|---|---|
| 9a | Investment interest expenses (see instructions) . . . . . . . . . . . . . . . | **9a** | | |
| b | State, local, and foreign income tax (see instructions) . . . . . . . . . . . . . . | **9b** | | |
| c | Miscellaneous investment expenses (see instructions) . . . . . . . . . . . . . . | **9c** | | |
| d | Add lines 9a, 9b, and 9c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **9d** | 0 |
| 10 | Additional modifications (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | | |
| 11 | Total deductions and modifications. Add lines 9d and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 0 |

**Part III** **Tax Computation**

| | | | | |
|---|---|---|---|---|
| 12 | Net investment income. Subtract Part II, line 11, from Part I, line 8. Individuals, complete lines 13-17. Estates and trusts complete lines 18a-21. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . | | **12** | 0 |
| | **Individuals:** | | | |
| 13 | Modified adjusted gross income (see instructions) . . . . . . . . . . . . . . . | **13** | 237,799 | |
| 14 | Threshold based on filing status (see instructions) . . . . . . . . . . . . . . | **14** | 200,000 | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- . . . . . . . . . . . . . | **15** | 37,799 | |
| 16 | Enter the smaller of line 12 or line 15 . . . . . . . . . . . . . . . . . . . . . . . | | **16** | 0 |
| 17 | Net investment income tax for individuals. Multiply line 16 by 3.8% (0.038). **Enter here and include on your tax return** (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **17** | 0 |
| | **Estates and Trusts:** | | | |
| 18 a | Net investment income (line 12 above) . . . . . . . . . . . . . . . . . . . . . | **18a** | | |
| b | Deductions for distributions of net investment income and deductions under section 642(c) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **18b** | | |
| c | Undistributed net investment income. Subtract line 18b from line 18a (see instructions). If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . | **18c** | | |
| 19 a | Adjusted gross income (see instructions) . . . . . . . . . . . . . . . . . . . . | **19a** | | |
| b | Highest tax bracket for estates and trusts for the year (see instructions) . . . . . . . . . | **19b** | | |
| c | Subtract line 19b from line 19a. If zero or less, enter -0- . . . . . . . . . . . . . . | **19c** | | |
| 20 | Enter the smaller of line 18c or line 19c . . . . . . . . . . . . . . . . . . . . . . | | **20** | |
| 21 | Net investment income tax for estates and trusts. Multiply line 20 by 3.8% (0.038). **Enter here and include on your tax return** (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **21** | |

**For Paperwork Reduction Act Notice, see your tax return instructions.** Form **8960** (2021)

EEA

**EXHIBIT D**

## Estimated Tax Worksheet for Next Year

(Keep for your records)

**2021**

| Name(s) as shown on return | Tax ID Number |
|---|---|
| CARLOS SERRANO | 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 |

| | | |
|---|---|---|
| 1. | Wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1. _____ |
| 2. | Interest and Dividend income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2. _____ |
| 3. | Capital gain income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3. _____ |
| 4. | Taxable IRA/Pension income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4. _____ |
| 5. | Taxable Social Security income . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5. _____ |
| 6. | Business income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6. _____ |
| 7. | Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7. _____ |
| 8. | Total income (add lines 1 thru 7) . . . . . . . . . . . . . . . . . . . . . . . . . . | 8. _____ |
| 9. | Adjustments to income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9. _____ |
| 10. | Adjusted gross income (subtract line 9 from line 8) . . . . . . . . . . . . . . . . | 10. _____ |
| 11a. | Itemized deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11a. _____ |
| 11b. | Standard deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11b. _____ |
| 12. | Taxable income (subtract the larger of line 11a or 11b from line 10) . . . . . . . . . | 12. _____ |
| 13. | Estimated Section 199A deduction for qualified trade or business income . . . . . . . | 13. _____ |
| 14. | Projected taxable income (subtract line 13 from line 12) . . . . . . . . . . . . . . | 14. _____ |
| 15. | Projected Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15. _____ |
| 16. | Alternative Minimum Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16. _____ |
| 17. | Total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17. _____ |
| 18a. | Child Tax Credit and Other Dependent Credit . . . . . . . . . . . . . . . . 18a. _____ | |
| 18b. | Other projected Credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18b. _____ | |
| 18c. | Total projected credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18c. _____ |
| 19. | Subtract line 18d from line 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19. _____ |
| 20. | Projected SE Tax - Taxpayer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20. _____ |
| 21. | Projected SE Tax - Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21. _____ |
| 22. | Other taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22. _____ |
| 23a. | Add lines 19 through 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23a. _____ |
| b. | Earned income credit, additional child tax credit, fuel tax credit, net premium tax credit, | |
| | refundable American opportunity credit, and refundable credit from Form 8885 . . . . . . . . . . . . | 23b. _____ |
| c. | **Total 2022 estimated tax.** Subtract line 23b from line 23a. If zero or less enter -0- . . . . . . . . . . | 23c. _____ |
| 24a. | Multiply line 23c by 90% (66 2/3% for farmers and fishermen) . . . . . . . . . . . 24a. _____ | |
| b. | Required annual payment based on prior year's tax (see instructions) 110.% . . . . . 24b. _____ 85,337 | |
| c. | **Required annual payment to avoid a penalty.** Enter the **smaller** of line 24a or 24b . . . . . . . . . . . | 24c. _____ 85,337 |
| 25. | Projected Withholding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25. _____ |
| 26. | Projected Net Tax (subtract line 25 from line 24c) . . . . . . . . . . . . . . . . . . | 26. _____ 85,337 |

```
Estimates will be computed on $85,337. This is line 26.

Use screen ETA to provide accurate estimates of next year's income,
deductions, and credits. If screen ETA is used, lines 1-24a of
this worksheet will be autofilled.
```

WK_ES.LD

EXHIBIT D

## Earned Income Credit (EIC) - Line 27

| Worksheet B Form 1040 | (Keep for your records) | 2021 |
|---|---|---|

| Name(s) as shown on return | Tax ID Number |
|---|---|
| CARLOS SERRANO | 939-85-■■■■ |

**Use this worksheet if you answered "Yes" to Step 5, question 2.**
- Complete the parts below (Parts 1 through 3) that apply to you. Then, continue to Part 4.
- If you are married filing a joint return, include your spouse's amounts, if any, with yours to figure the amounts to enter in Parts 1 through 3.

**Part 1**

**Self-Employed, Members of the Clergy, and People With Church Employee Income Filing Schedule SE**

| | | | | |
|---|---|---|---|---|
| 1a. | Enter the amount from Schedule SE, Part I, line 3. | | 1a | 250,000 |
| b. | Enter any amount from Schedule SE, Part I, line 4b and line 5a. | + | 1b | |
| c. | Combine lines 1a and 1b. | = | 1c | 250,000 |
| d. | Enter the amount from Schedule SE, Part I, line 13. | - | 1d | 12,201 |
| e. | Subtract line 1d from line 1c. | = | 1e | 237,799 |

**Part 2**

**Self-Employed NOT Required To File Schedule SE**

For example, your net earnings from self-employment were less than $400.

2. Don't include on these lines any statutory employee income, any net profit from services performed as a notary public, any amount exempt from self-employment tax as the result of the filing and approval of Form 4029 or Form 4361, or any other amounts exempt from self-employment tax.

| | | | | |
|---|---|---|---|---|
| a. | Enter any net farm profit or (loss) from Schedule F, line 34; and from farm partnerships, Schedule K-1 (Form 1065), box 14, code A*. | | 2a | |
| b. | Enter any net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming)*. | + | 2b | |
| c. | Combine lines 2a and 2b. | = | 2c | |

*If you have any Schedule K-1 amounts, complete the appropriate line(s) of Schedule SE, Part I. Reduce the Schedule K-1 amounts as described in the Partner's Instructions for Schedule K-1. Enter your name and social security number on Schedule SE and attach it to your return.*

**Part 3**

**Statutory Employees Filing Schedule C**

| | | | |
|---|---|---|---|
| 3. | Enter the amount from Schedule C, line 1, that you are filing as a statutory employee. | 3 | |

**Part 4**

**All Filers Using Worksheet B**

| | | | |
|---|---|---|---|
| 4. | Combine lines 1e, 2c, and 3 **This is your total self-employed income.** | 4 | 237,799 |

*Need more information or forms? Visit IRS.gov.*

WK_EIC2.LD

**EXHIBIT D**

## Worksheet for Form 2210, Part III, Section B - Figure the Penalty

(Keep for your records)

**2021**

| Name(s) as shown on return | Tax ID Number |
|---|---|
| CARLOS SERRANO | 939-85-8### |

Complete Rate Period 1 of each column before going to the next column; then go to Rate Periods 2, 3, and 4 in the same manner. If multiple estimated tax payments are applied to the underpayment amount in a column of line 1a, you'll need to make more than one computation for that column.

| | | | (a) 04/15/21 | (b) 06/15/21 | (c) 09/15/21 | (d) 01/15/22 |
|---|---|---|---|---|---|---|
| | | | **Payment Due Dates** | | | |
| **1a** | Enter your underpayment from Part III, Section A, line 17 | 1a | 5,660 | 5,660 | 5,660 | 5,660 |
| **1b** | Date and amount of each payment applied to the underpayment in the same column. Don't enter more than the underpayment amount on line 1a for each column (see instructions). **Note.** Your payments are applied in the order made first to any underpayment balance in an earlier column until that underpayment is fully paid. | 1b | 04-15-2022 5,660 | 04-15-2022 5,660 | 04-15-2022 5,660 | 04-15-2022 5,660 |
| **Rate Period 1: April 16, 2021 - June 30, 2021** | | | | | | |
| **2** | Computation starting dates for this period | 2 | 04/15/21 | 06/15/21 | | |
| **3** | Number of days from the date on line 2 to the date the amount on line 1a was paid or 6/30/21, whichever is earlier | 3 | Days: 76 | Days: 15 | | |
| **4** | Underpayment on line 1a x (Number of days on line 3 / 365) x 0.03 | 4 | $ 35 | $ 7 | | |
| **Rate Period 2: July 1, 2021 - September 30, 2021** | | | | | | |
| **5** | Computation starting dates for this period | 5 | 06/30/21 | 06/30/21 | 09/15/21 | |
| **6** | Number of days from the date on line 5 to the date the amount on line 1a was paid or 9/30/21, whichever is earlier | 6 | Days: 92 | Days: 92 | Days: 15 | |
| **7** | Underpayment on line 1a x (Number of days on line 6 / 365) x 0.03 | 7 | $ 43 | $ 43 | $ 7 | |
| **Rate Period 3: October 1, 2021 - December 31, 2021** | | | | | | |
| **8** | Computation starting dates for this period | 8 | 09/30/21 | 09/30/21 | 09/30/21 | |
| **9** | Number of days from the date on line 8 to the date the amount on line 1a was paid or 12/31/21, whichever is earlier | 9 | Days: 92 | Days: 92 | Days: 92 | |
| **10** | Underpayment on line 1a x (Number of days on line 9 / 365) x 0.03 | 10 | $ 43 | $ 43 | $ 43 | |
| **Rate Period 4: January 1, 2022 - April 15, 2022** | | | | | | |
| **11** | Computation starting dates for this period | 11 | 12/31/21 | 12/31/21 | 12/31/21 | 01/15/22 |
| **12** | Number of days from the date on line 11 to the date the amount on line 1a was paid or 4/15/22, whichever is earlier | 12 | Days: 105 | Days: 105 | Days: 105 | Days: 90 |
| **13** | Underpayment on line 1a x (Number of days on line 12 / 365) x 0.03 | 13 | $ 49 | $ 49 | $ 49 | $ 42 |
| **14** | **Penalty.** Add all amounts on lines 4, 7, 10, and 13 in all columns. Enter the total here and on line 19 of Part III, Section B | 14 | $ 453 | | | |

WK_2210.LD