# EXHIBIT Q

**PALACIO PALACIO & ZIMMERMAN, LLC**
**12002 SW 128TH COURT, SUITE 106**
**MIAMI, FL 33186**
**(305) 595-0303**
**info@ppzllc.com**

July 21, 2024

CARLOS SERRANO
1800 LYMBROOK CT
ORIENT, OH 43146

Dear CARLOS,

Please find enclosed copies of your tax return(s) for the tax year ended December 31, 2023. Instructions for filing your return(s) are attached for your convenience. Retain the copies for your records.

The federal income tax return will be electronically filed, do not mail the enclosed copy, but retain it for your records.
      Form 1040 Federal Individual Income Tax Return

The Ohio   income tax return will be electronically filed, do not mail the enclosed copy, but retain it for your records.
      Form IT 1040 Ohio Income Tax Return

The Arizona   income tax return will be electronically filed, do not mail the enclosed copy, but retain it for your records.
      Form 140NR AZ Nonresident Personal Income Tax Return

Ohio estimated income tax vouchers for the tax year ending December 31, 2024 were prepared for you.

We prepared your returns based on the information you provided us. Please review the returns carefully to ensure that there are no omissions or misstatements of material facts.

If you have any questions about your tax returns, please contact us. We appreciate this opportunity to serve you.

Sincerely,


ANTHONY J. PALACIO

EXHIBIT Q

Tax Summary and Instructions for Filing
2023 Federal Individual Income Tax Return

Summary of Federal Information:

Federal adjusted gross income ............................................ $      -2,134.00
Federal taxable income ...................................................... $           0.00

Your return will be electronically filed.

There is no tax due or refund with the Federal income tax return.

EXHIBIT Q

Tax Summary and Instructions for Filing
<u>2023 Ohio Individual Income Tax Return</u>

Summary of  Form IT 1040 Information:

| | | |
|---|---|---|
| State taxable income ......................................................... | $ | 38,115.00 |
| Payment due State ............................................................. | $ | 718.00 |
| State penalty/interest ......................................................... | $ | 26.00 |

Your Ohio return will be electronically filed.

Your balance due of $718.00 will be automatically withdrawn from your Checking Account on 07/20/2024.

Ohio estimated income tax payments for tax year 2024 are due as follows:

| | | | | | |
|---|---|---|---|---|---|
| Voucher 1 | ..................... | 04/15/2024 | ..................... | $ | 173.00 |
| Voucher 2 | ..................... | 06/17/2024 | ..................... | $ | 173.00 |
| Voucher 3 | ..................... | 09/16/2024 | ..................... | $ | 173.00 |
| Voucher 4 | ..................... | 01/15/2025 | ..................... | $ | 173.00 |

Include a separate check or money order for each payment. Write your social security number and "Ohio Universal Payment Coupon - Individual Estimated Income Tax" on each check. Mail your check and the appropriate voucher to:

Ohio Department of Taxation
P.O. Box 182131
Columbus, OH 43218-2131

EXHIBIT Q

Tax Summary and Instructions for Filing
<u>2023 Arizona Individual Income Tax Return</u>

Summary of  Form 140NR Information:
 State taxable income ....................................................................  $            0.00

Your Arizona return will be electronically filed.

There is no tax due or refund with the Arizona income tax return.

EXHIBIT Q

## PALACIO PALACIO & ZIMMERMAN, LLC
## 12002 SW 128TH COURT, SUITE 106
## MIAMI, FL 33186
## (305) 595-0303
## info@ppzllc.com

July 21, 2024

CARLOS SERRANO
1800 LYMBROOK CT
ORIENT, OH 43146

RE: Our Privacy Policy, Compliance with the Gramm-Leach-Bliley Act, Public Law
106-102 (FTC 16 CFR Part 313)

Dear CARLOS,

The privacy of your client information has always been important to us, and we have
always been bound by professional standards of confidentiality. However, we are now
required by law to formally inform you of our privacy policy.

We collect nonpublic personal information about you that is provided by you or obtained
by us with your authorization. This information may come from various sources,
including information we receive from personal interviews, tax organizers, worksheets
and other documents necessary to provide professional services to you.

We do not disclose any nonpublic personal information about our clients or former clients
to anyone, except as permitted or required by law, or when necessary to process
transactions requested by a client.

We restrict access to nonpublic personal information about you to members of our firm
who need to know that information in order to provide you professional services. We
retain records relating to the professional services that we provide you in accordance with
accounting and government standards.

We employ physical, electronic, and procedural security safeguards to protect your
nonpublic personal information.

Your confidence and trust are important to us. If you have any questions or concerns
regarding the privacy of your nonpublic personal information, please contact us.

Sincerely,

ANTHONY J. PALACIO

# EXHIBIT Q

**2023 Individual Income Tax Return**
prepared for:

**CARLOS SERRANO**
1800 LYMBROOK CT
ORIENT, OH 43146

**PALACIO PALACIO & ZIMMERMAN, LLC**
12002 SW 128TH COURT, SUITE 106
MIAMI, FL 33186

EXHIBIT Q

Form **8879**
(Rev. January 2021)

Department of the Treasury
Internal Revenue Service

## IRS *e-file* Signature Authorization

▶ ERO must obtain and retain completed Form 8879.
▶ Go to *www.irs.gov/Form8879* for the latest information.

OMB No. 1545-0074

Submission Identification Number (SID) ▶

| Taxpayer's name | Social security number |
|---|---|
| CARLOS SERRANO | 821-38- |
| Spouse's name | Spouse's social security number |

**Part I**  **Tax Return Information — Tax Year Ending December 31,** 2023 (Enter year you are authorizing.)

Enter whole dollars only on lines 1 through 5.

**Note:** Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| | | |
|---|---|---|
| 1 | Adjusted gross income . . . . . . . . . . . . | **1** -2,134. |
| 2 | Total tax . . . . . . . . . . . . . . . | **2** 0. |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 | **3** |
| 4 | Amount you want refunded to you . . . . . . . . | **4** |
| 5 | Amount you owe . . . . . . . . . . . . . | **5** 0. |

**Part II**  **Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537**. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize PALACIO PALACIO & ZIMMERMAN, LLC to enter or generate my PIN
ERO firm name

8 6 ▉ ▉ ▉ as my

Enter five digits, but
don't enter all zeros

signature on the income tax return (original or amended) I am now authorizing.

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____ Date ▶ _____

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter or generate my PIN
ERO firm name

| | | | | |
|---|---|---|---|---|

as my

Enter five digits, but
don't enter all zeros

signature on the income tax return (original or amended) I am now authorizing.

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____ Date ▶ _____

**Practitioner PIN Method Returns Only—continue below**

**Part III**  **Certification and Authentication — Practitioner PIN Method Only**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.

6 1 8 0 9 4 3 ▉ ▉ ▉

Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub. 1345**, Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

ERO's signature ▶ _____ Date ▶ _____

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see your tax return instructions.  BAA  REV 05/21/24 PRO  Form **8879** (Rev. 01-2021)

EXHIBIT Q

| Form **9325** | Department of the Treasury - Internal Revenue Service |
|---|---|
| (January 2017) | **Acknowledgement and General Information for Taxpayers Who File Returns Electronically** |

Thank you for participating in IRS *e-file*.

821-38-⬛⬛⬛

Taxpayer name   CARLOS SERRANO

⬛⬛⬛

Taxpayer address (optional)

1800 LYMBROOK CT

ORIENT, OH 43146

1. ☐ Your federal income tax return for _____ was filed electronically with the _____ Submission Processing Center. The electronic filing services were provided by _____.

2. ☐ Your return was accepted on _____ using a Personal Identification Number (PIN) as your electronic signature. You entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN for you. The Submission ID assigned to your return is _____.

3. ☐ Your return was accepted on _____ Allow 4 to 6 weeks for the processing of your return. The Earned Income Credit or a dependent's exemption on your return may be reduced or disallowed due to a child's name and social security number mismatch.

4. ☐ Your electronic funds withdrawal payment request was accepted for processing.

5. ☐ Your electronic funds withdrawal payment request was not accepted for processing. Refer to the "If You Owe Tax" section.

6. ☒ Your Form 4868, Application for Automatic Extension of Time to File U.S. Individual Income Tax Return, was accepted on  04/01/2024 _____. The Submission ID assigned to your extension is  61809420240920aesv5h .

## DO NOT SEND A PAPER COPY OF YOUR RETURN TO THE IRS. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.

### If You Need to Make a Change to Your Return

If you need to make a change or correct the return you filed electronically, you should send a Form 1040X, Amended U.S. Individual Income Tax Return, to the IRS Submission Processing Center that processes paper returns for your area. The address is available at *www.irs.gov*, or you can call the IRS toll-free at 1-800-829-1040.

### If You Need to Ask About Your Refund

The IRS notifies your Electronic Return Originator (ERO) when your return is accepted, usually within 48 hours. If your return was not accepted, the IRS notifies your ERO of the reasons for rejection. If it has been more than three weeks since the IRS accepted your return and you have not received your refund, go to *www.irs.gov* and click on "Where's My Refund?" to view your refund status. Exception: If box 3 above is checked, allow 4 to 6 weeks for processing of your return. A notice will be sent to you advising of changes to your return.

Also, you can call the TeleTax line at 1-800-829-4477, for automated refund information. You should have available the first social security number shown on your return, your filing status, and the exact amount of the refund you expect. TeleTax gives you the date for mailing or depositing your refund. You should receive your refund check within 30 days of the date given by TeleTax, or within one week of that date, if you chose direct deposit. If you do not receive it by then, or if TeleTax does not give your refund information, call the Refund Hotline at 1-800-829-1954.

| BAA | REV 05/21/24 PRO | Form **9325** (Rev. 1-2017) |
|---|---|---|

EXHIBIT Q

The IRS uses refunds to cover overdue taxes and notifies you when this occurs. The Fiscal Service offsets refunds through the Treasury Offset Program to cover past due child support, federal agency non-tax debts such as student loans and state income tax obligations. Fiscal Service sends you an offset notice if it applies your refund or part of your refund to non-tax debts. If you have questions about the offset, contact the agency identified in the notice. You may also call the Treasury Offset Program Call Center at 1-800-304-3107, if you have additional questions.

### If You Owe Tax

If your return has a balance due, you must pay the amount you owe by the prescribed due date. If you paid by electronic funds withdrawal (direct debit) or by credit card, no voucher is needed. The credit card service providers will charge a convenience fee based on the amount of taxes you are paying. The fees and the type of credit or debit cards accepted may vary between providers. You will be told the amount of the fee during the transaction and you will be given the option to either continue or end the transaction. For information on paying your taxes electronically, including by credit or debit card, go to *www.irs.gov/e-pay.*

If you are not paying electronically you may use Form 1040-V, Payment Voucher, which you can obtain from your Electronic Return Originator. If the IRS does not receive your payment by the prescribed due date, you will receive a notice that requests full payment of the tax due, plus penalties and interest. If you can not pay the amount in full, complete Form 9465, Installment Agreement Request, which you may file electronically. To apply for an installment agreement online, go to *www.irs.gov.* You may also order Form 9465 by calling 1-800-TAX-FORM (1-800-829-3676). If approved, the IRS charges a user fee to set up an installment agreement.

### If You Need to Inquire About Your Electronic Funds Withdrawal Payment

You may call 1-888-353-4537 to inquire about the status of your electronic funds withdrawal payment. If there is a change to the bank account information included on your return, you should call this number to cancel a scheduled payment. You should have available the social security number of the first person listed on the tax return, the payment amount, and the bank account number. Cancellation requests must be received no later than 11:59 p.m. E.T. two business days prior to the scheduled payment date.

### Tax Refund Related Financial Products

Financial institutions offer a variety of financial products to taxpayers based on their refunds. Contracts for financial products are between you and the financial institution. The IRS is not associated with the contract. **If you have questions about tax refund related products, contact your Electronic Return Originator or the lender.**



EXHIBIT Q

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2023** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____, 20 ____ | See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| CARLOS | SERRANO | 821 38 ▓▓ |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
1800 LYMBROOK CT

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
ORIENT | OH | 43146

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.
☒ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1959 ☐ Are blind Spouse: ☐ Was born before January 2, 1959 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | | 1b | |
| c | Tip income not reported on line 1a (see instructions) | | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | | 1f | |
| g | Wages from Form 8919, line 6 | | 1g | |
| h | Other earned income (see instructions) | | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | | |
| z | Add lines 1a through 1h | | 1z | |
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | | 7 | |

**Standard Deduction for—**
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under *Standard Deduction,* see instructions.

| | | | |
|---|---|---|---|
| 8 | Additional income from Schedule 1, line 10 | 8 | -2,134. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | -2,134. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | -2,134. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 61,065. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 0. |
| 14 | Add lines 12 and 13 | 14 | 61,065. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. | Form **1040** (2023)

EXHIBIT Q

Form 1040 (2023)

| Tax and Credits | 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ ___ | 16 | 0. |
|---|---|---|---|---|
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 0. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 0. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 — 25a | | |
| | b | Form(s) 1099 — 25b | | |
| | c | Other forms (see instructions) — 25c | | |
| | d | Add lines 25a through 25c | 25d | |
| *If you have a qualifying child, attach Sch. EIC.* | 26 | 2023 estimated tax payments and amount applied from 2022 return | 26 | |
| | 27 | Earned income credit (EIC) ... No — 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 — 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 — 29 | | |
| | 30 | Reserved for future use — 30 | | |
| | 31 | Amount from Schedule 3, line 15 — 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | |
| *Direct deposit? See instructions.* | b | Routing number X X X X X X X X X   c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | |
| | 36 | Amount of line 34 you want **applied to your 2024 estimated tax** — 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | 0. |
| | 38 | Estimated tax penalty (see instructions) — 38 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . . ☒ **Yes.** Complete below.  ☐ **No** | | |
|---|---|---|---|
| | Designee's name  ANTHONY J. PALACIO | Phone no.  (305) 595-0303 | Personal identification number (PIN)  3 1 ▓▓▓ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| *Joint return? See instructions. Keep a copy for your records.* | Your signature | Date | Your occupation  SELF EMPLOYED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | Phone no. | | Email address | |

| **Paid Preparer Use Only** | Preparer's name  ANTHONY J. PALACIO | Preparer's signature  ANTHONY J. PALACIO | Date  07/21/2024 | PTIN  P0204▓▓ | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name  PALACIO PALACIO & ZIMMERMAN, LLC | | | Phone no. (305) 595-0303 | |
| | Firm's address  12002 SW 128TH COURT, SUITE 106 MIAMI FL 33186 | | | Firm's EIN  82-53▓▓ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.  BAA  REV 05/21/24 PRO  Form **1040** (2023)

EXHIBIT Q

| SCHEDULE 1 (Form 1040) | **Additional Income and Adjustments to Income** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR. Go to *www.irs.gov/Form1040* for instructions and the latest information. | **2023** Attachment Sequence No. **01** |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| CARLOS SERRANO | 821-38-■■■ |

**Part I    Additional Income**

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . | **1** | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Date of original divorce or separation agreement (see instructions): _____ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . | **3** | 123,729. |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **5** | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . | **6** | -125,863. |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . | **7** | |
| 8 | Other income: | | |
| a | Net operating loss . . . . . . . . . . . | **8a** ( ) | |
| b | Gambling . . . . . . . . . . . . . . | **8b** | |
| c | Cancellation of debt . . . . . . . . . . | **8c** | |
| d | Foreign earned income exclusion from Form 2555 . . | **8d** ( ) | |
| e | Income from Form 8853 . . . . . . . . . | **8e** | |
| f | Income from Form 8889 . . . . . . . . . | **8f** | |
| g | Alaska Permanent Fund dividends . . . . . . | **8g** | |
| h | Jury duty pay . . . . . . . . . . . . | **8h** | |
| i | Prizes and awards . . . . . . . . . . . | **8i** | |
| j | Activity not engaged in for profit income . . . . | **8j** | |
| k | Stock options . . . . . . . . . . . . | **8k** | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . | **8l** | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | **8m** | |
| n | Section 951(a) inclusion (see instructions) . . . . | **8n** | |
| o | Section 951A(a) inclusion (see instructions) . . . | **8o** | |
| p | Section 461(l) excess business loss adjustment . . | **8p** | |
| q | Taxable distributions from an ABLE account (see instructions) | **8q** | |
| r | Scholarship and fellowship grants not reported on Form W-2 | **8r** | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d . . . . . . . . . | **8s** ( ) | |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan . . . | **8t** | |
| u | Wages earned while incarcerated . . . . . . | **8u** | |
| z | Other income. List type and amount: _____ | **8z** | |
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . | **9** | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . | **10** | -2,134. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 1 (Form 1040) 2023

CLIENT COPY

EXHIBIT Q

Schedule 1 (Form 1040) 2023

Page **2**

## Part II  Adjustments to Income

| | | |
|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . . | **11** |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . | **12** |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . | **13** |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | **14** |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . | **15** |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . | **16** |
| 17 | Self-employed health insurance deduction . . . . . . . . . . . | **17** |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . | **18** |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . . | **19a** |
| b | Recipient's SSN . . . . . . . . . . . . . . . . . . . . . | |
| c | Date of original divorce or separation agreement (see instructions): _____ | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . . | **20** |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . | **21** |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . | **22** |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . | **23** |
| 24 | Other adjustments: | |
| a | Jury duty pay (see instructions) . . . . . . . . . . . **24a** | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit . . . . **24b** | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m . . . . . **24c** | |
| d | Reforestation amortization and expenses . . . . . . . **24d** | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . . . **24e** | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . **24f** | |
| g | Contributions by certain chaplains to section 403(b) plans . . . **24g** | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . . . **24h** | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . . . . **24i** | |
| j | Housing deduction from Form 2555 . . . . . . . . . **24j** | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . . **24k** | |
| z | Other adjustments. List type and amount: _____ **24z** | |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . | **25** |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 . . . . . . . . . . . . | **26** |

BAA                    REV 05/21/24 PRO              Schedule 1 (Form 1040) 2023


CLIENT COPY

EXHIBIT Q

| SCHEDULE A (Form 1040) | **Itemized Deductions** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Attach to Form 1040 or 1040-SR.<br>Go to *www.irs.gov/ScheduleA* for instructions and the latest information.<br>**Caution:** If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 16. | **2023**<br>Attachment<br>Sequence No. **07** |

| Name(s) shown on Form 1040 or 1040-SR | Your social security number |
|---|---|
| CARLOS SERRANO | 821-38-**xxxx** |

| | | | |
|---|---|---|---|
| **Medical and Dental Expenses** | **Caution: Do not include expenses reimbursed or paid by others.** | | |
| | 1 Medical and dental expenses (see instructions) . . . . . . | **1** | |
| | 2 Enter amount from Form 1040 or 1040-SR, line 11 **2** | | |
| | 3 Multiply line 2 by 7.5% (0.075) . . . . . . . . | **3** | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . | **4** | |
| **Taxes You Paid** | 5 State and local taxes. | | |
| |   a State and local income taxes or general sales taxes. You may include either income taxes or general sales taxes on line 5a, but not both. If you elect to include general sales taxes instead of income taxes, check this box . . . . . . . . . . . ☐ | **5a** | |
| |   b State and local real estate taxes (see instructions) . . . . | **5b** | 10,000. |
| |   c State and local personal property taxes . . . . | **5c** | |
| |   d Add lines 5a through 5c . . . . . . . . . | **5d** | 10,000. |
| |   e Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) | **5e** | 10,000. |
| | 6 Other taxes. List type and amount: _____ | **6** | |
| | 7 Add lines 5e and 6 . . . . . . . . . . . . | **7** | 10,000. |
| **Interest You Paid**<br>**Caution:** Your mortgage interest deduction may be limited. See instructions. | 8 Home mortgage interest and points. If you didn't use all of your home mortgage loan(s) to buy, build, or improve your home, see instructions and check this box . . . . . . . ☐ | | |
| |   a Home mortgage interest and points reported to you on Form 1098. See instructions if limited . . . . . . . . . | **8a** | 51,065. |
| |   b Home mortgage interest not reported to you on Form 1098. See instructions if limited. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address _____ | **8b** | |
| |   c Points not reported to you on Form 1098. See instructions for special rules | **8c** | |
| |   d Reserved for future use | **8d** | |
| |   e Add lines 8a through 8c . . . . . . . . | **8e** | 51,065. |
| | 9 Investment interest. Attach Form 4952 if required. See instructions | **9** | |
| | 10 Add lines 8e and 9 . . . . . . . . . . . . | **10** | 51,065. |
| **Gifts to Charity**<br>**Caution:** If you made a gift and got a benefit for it, see instructions. | 11 Gifts by cash or check. If you made any gift of $250 or more, see instructions . . . . . . . . | **11** | |
| | 12 Other than by cash or check. If you made any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . . . | **12** | |
| | 13 Carryover from prior year . . . . . . . . | **13** | |
| | 14 Add lines 11 through 13 . . . . . . . . | **14** | |
| **Casualty and Theft Losses** | 15 Casualty and theft loss(es) from a federally declared disaster (other than net qualified disaster losses). Attach Form 4684 and enter the amount from line 18 of that form. See instructions | **15** | |
| **Other Itemized Deductions** | 16 Other—from list in instructions. List type and amount: _____ | **16** | |
| **Total Itemized Deductions** | 17 Add the amounts in the far right column for lines 4 through 16. Also, enter this amount on Form 1040 or 1040-SR, line 12 | **17** | 61,065. |
| | 18 If you elect to itemize deductions even though they are less than your standard deduction, check this box . . . . . . . . . ☐ | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1040.      BAA    REV 05/21/24 PRO      Schedule A (Form 1040) 2023

SPECIMEN COPY

EXHIBIT Q

| SCHEDULE C | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2023** |
| Department of the Treasury | Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065. | Attachment |
| Internal Revenue Service | Go to *www.irs.gov/ScheduleC* for instructions and the latest information. | Sequence No. **09** |

Name of proprietor: CARLOS SERRANO

Social security number (SSN): 821-38-████

**A** Principal business or profession, including product or service (see instructions)
REMEDIATION

**B** Enter code from instructions: 5 6 1 7 2 0

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ 1800 LYMBROOK CT
City, town or post office, state, and ZIP code ▶ ORIENT, OH 43146

**F** Accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses ☒ Yes ☐ No

**H** If you started or acquired this business during 2023, check here ▶ ☐

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions ▶ ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? ☐ Yes ☐ No

## Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ☐ | 1 | 200,000. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 200,000. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 200,000. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 200,000. |

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | **8** | | 18 | Office expense (see instructions) | **18** |
| 9 | Car and truck expenses (see instructions) | **9** | 4,079. | 19 | Pension and profit-sharing plans | **19** |
| 10 | Commissions and fees | **10** | | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | **11** | | a | Vehicles, machinery, and equipment | **20a** |
| 12 | Depletion | **12** | | b | Other business property | **20b** |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | 72,192. | 21 | Repairs and maintenance | **21** |
| | | | | 22 | Supplies (not included in Part III) | **22** |
| | | | | 23 | Taxes and licenses | **23** |
| | | | | 24 | Travel and meals: | |
| 14 | Employee benefit programs (other than on line 19) | **14** | | a | Travel | **24a** |
| 15 | Insurance (other than health) | **15** | | b | Deductible meals (see instructions) | **24b** |
| 16 | Interest (see instructions): | | | 25 | Utilities | **25** |
| a | Mortgage (paid to banks, etc.) | **16a** | | 26 | Wages (less employment credits) | **26** |
| b | Other | **16b** | | 27a | Other expenses (from line 48) | **27a** |
| 17 | Legal and professional services | **17** | | b | Energy efficient commercial bldgs deduction (attach Form 7205) | **27b** |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | | | | | **28** | 76,271. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | **29** | 123,729. |

30 Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.
**Simplified method filers only:** Enter the total square footage of (a) your home: _____
and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 — **30**

| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
|---|---|---|---|
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** | **31** | 123,729. |
| | • If a loss, you **must** go to line 32. | | |

32 If you have a loss, check the box that describes your investment in this activity. See instructions.
• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** ☒ All investment is at risk.
**32b** ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.    BAA    REV 05/21/24 PRO    Schedule C (Form 1040) 2023

STUDENT COPY

EXHIBIT Q

Schedule C (Form 1040) 2023

Page **2**

## Part III   Cost of Goods Sold (see instructions)

33   Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

35   Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** |

36   Purchases less cost of items withdrawn for personal use . . . . . . . . | **36** |

37   Cost of labor. Do not include any amounts paid to yourself . . . . . . | **37** |

38   Materials and supplies . . . . . . . . . . . . . . . . . . | **38** |

39   Other costs . . . . . . . . . . . . . . . . . . . . . | **39** |

40   Add lines 35 through 39 . . . . . . . . . . . . . . . . | **40** |

41   Inventory at end of year . . . . . . . . . . . . . . . . | **41** |

42   **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | **42** |

## Part IV   Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month/day/year) ------------

44   Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

**a**   Business ------------   **b** Commuting (see instructions) ------------   **c** Other ------------

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . ☐ Yes   ☐ No

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . ☐ Yes   ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**b**   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

## Part V   Other Expenses. List below business expenses not included on lines 8–26, line 27b, or line 30.

48   Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . | **48** |

EXHIBIT Q

| SCHEDULE F (Form 1040) | **Profit or Loss From Farming** | | OMB No. 1545-0074 |
|---|---|---|---|

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, 1041, or 1065.
Go to *www.irs.gov/ScheduleF* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**2023**
Attachment Sequence No. **14**

| Name of proprietor | Social security number (SSN) |
|---|---|
| CARLOS SERRANO | 821-38-⬛⬛⬛⬛ |

**A** Principal crop or activity
ANIMAL PRODUCTION AND CORN

**B** Enter code from Part IV
1 1 2 9 0 0

**C** Accounting method:
☐ Cash ☒ Accrual

**D** Employer ID number (EIN) (see instr.)

**E** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on passive losses — ☒ Yes ☐ No

**F** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions — ☐ Yes ☒ No

**G** If "Yes," did you or will you file required Form(s) 1099? — ☐ Yes ☐ No

**Part I** — **Farm Income—Cash Method.** Complete Parts I and II. (Accrual method. Complete Parts II and III, and Part I, line 9.)

| | | | | |
|---|---|---|---|---|
| 1a | Sales of purchased livestock and other resale items (see instructions) | 1a | | |
| b | Cost or other basis of purchased livestock or other items reported on line 1a | 1b | | |
| c | Subtract line 1b from line 1a | | | 1c |
| 2 | Sales of livestock, produce, grains, and other products you raised | | | 2 |
| 3a | Cooperative distributions (Form(s) 1099-PATR) | 3a | 3b Taxable amount | 3b |
| 4a | Agricultural program payments (see instructions) | 4a | 4b Taxable amount | 4b |
| 5a | Commodity Credit Corporation (CCC) loans reported under election | | | 5a |
| b | CCC loans forfeited | 5b | 5c Taxable amount | 5c |
| 6 | Crop insurance proceeds and federal crop disaster payments (see instructions): | | | |
| a | Amount received in 2023 | 6a | 6b Taxable amount | 6b |
| c | If election to defer to 2024 is attached, check here ☐ | 6d Amount deferred from 2022 | | 6d |
| 7 | Custom hire (machine work) income | | | 7 |
| 8 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | | | 8 |
| 9 | **Gross income.** Add amounts in the right column (lines 1c, 2, 3b, 4b, 5a, 5c, 6b, 6d, 7, and 8). If you use the accrual method, enter the amount from Part III, line 50. See instructions | | | 9 — 25,000. |

**Part II** — **Farm Expenses—Cash and Accrual Method.** Do not include personal or living expenses. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Car and truck expenses (see instructions). Also attach Form 4562 | 10 | | 23 Pension and profit-sharing plans | 23 | |
| 11 | Chemicals | 11 | | 24 Rent or lease (see instructions): | | |
| 12 | Conservation expenses (see instructions) | 12 | | a Vehicles, machinery, equipment | 24a | |
| 13 | Custom hire (machine work) | 13 | | b Other (land, animals, etc.) | 24b | |
| 14 | Depreciation and section 179 expense (see instructions) | 14 | 3,793. | 25 Repairs and maintenance | 25 | 5,000. |
| 15 | Employee benefit programs other than on line 23 | 15 | | 26 Seeds and plants | 26 | 3,000. |
| | | | | 27 Storage and warehousing | 27 | 5,000. |
| 16 | Feed | 16 | 9,000. | 28 Supplies | 28 | 12,000. |
| 17 | Fertilizers and lime | 17 | | 29 Taxes | 29 | 4,136. |
| 18 | Freight and trucking | 18 | | 30 Utilities | 30 | |
| 19 | Gasoline, fuel, and oil | 19 | | 31 Veterinary, breeding, and medicine | 31 | |
| 20 | Insurance (other than health) | 20 | | 32 Other expenses (specify): | | |
| 21 | Interest (see instructions): | | | a _____ | 32a | |
| a | Mortgage (paid to banks, etc.) | 21a | 58,934. | b _____ | 32b | |
| b | Other | 21b | | c _____ | 32c | |
| 22 | Labor hired (less employment credits) | 22 | | d _____ | 32d | |
| | | | | e _____ | 32e | |
| | | | | f _____ | 32f | |
| 33 | **Total expenses.** Add lines 10 through 32f. If line 32f is negative, see instructions | | | | 33 | 100,863. |
| 34 | **Net farm profit or (loss).** Subtract line 33 from line 9 | | | | 34 | −125,863. |

If a profit, stop here and see instructions for where to report. If a loss, complete line 36.

35 Reserved for future use.

36 Check the box that describes your investment in this activity and see instructions for where to report your loss:

a ☒ All investment is at risk.  b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions. | BAA | REV 05/21/24 PRO | Schedule F (Form 1040) 2023

EXHIBIT Q

Schedule F (Form 1040) 2023

Page **2**

## Part III    Farm Income—Accrual Method  (see instructions)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37 | Sales of livestock, produce, grains, and other products (see instructions) | | | | | **37** | |
| 38a | Cooperative distributions (Form(s) 1099-PATR) . | **38a** | | **38b** | Taxable amount . . . | **38b** | |
| 39a | Agricultural program payments . . . . . | **39a** | | **39b** | Taxable amount . . . | **39b** | |
| 40 | Commodity Credit Corporation (CCC) loans: | | | | | | |
| a | CCC loans reported under election . . . . . . . . . . | | | | | **40a** | |
| b | CCC loans forfeited . . . . . | **40b** | | **40c** | Taxable amount . . . | **40c** | |
| 41 | Crop insurance proceeds . . . . . . . . . . . . . | | | | | **41** | |
| 42 | Custom hire (machine work) income . . . . . . . . . . | | | | | **42** | |
| 43 | Other income (see instructions) . . . . . . . . . . | | | | | **43** | |
| 44 | Add amounts in the right column for lines 37 through 43 (lines 37, 38b, 39b, 40a, 40c, 41, 42, and 43) | | | | | **44** | |
| 45 | Inventory of livestock, produce, grains, and other products at beginning of the year. Do not include sales reported on Form 4797 . . . . . . . . . | | **45** | 100,000. | | | |
| 46 | Cost of livestock, produce, grains, and other products purchased during the year . . | | **46** | 25,000. | | | |
| 47 | Add lines 45 and 46 . . . . . . . . . . . | | **47** | 125,000. | | | |
| 48 | Inventory of livestock, produce, grains, and other products at end of year . . | | **48** | 100,000. | | | |
| 49 | Cost of livestock, produce, grains, and other products sold. Subtract line 48 from line 47* . . . | | | | | **49** | 25,000. |
| **50** | **Gross income.** Subtract line 49 from line 44. Enter the result here and on Part I, line 9 . . . . . . . . | | | | | **50** | −25,000. |

* If you use the unit-livestock-price method or the farm-price method of valuing inventory and the amount on line 48 is larger than the amount on line 47, subtract line 47 from line 48. Enter the result on line 49. Add lines 44 and 49. Enter the total on line 50 and on Part I, line 9.

## Part IV    Principal Agricultural Activity Codes


**CAUTION**

*Do not file Schedule F (Form 1040) to report the following.*

• *Income from providing agricultural services such as soil preparation, veterinary, farm labor, horticultural services if your principal source of income is from providing such services. Instead, see the Instructions for Schedule C (Form 1040).*

• *Income from breeding, raising, or caring for dogs, cats, or other pet animals. Instead, see the Instructions for Schedule C (Form 1040).*

• *Income from managing a farm for a fee or on a contract basis. Instead, see the Instructions for Schedule C (Form 1040).*

• *Sales of livestock held for draft, breeding, sport, or dairy purposes. Instead, see the Instructions for Form 4797.*

These codes for the Principal Agricultural Activity classify farms by their primary activity to facilitate the administration of the Internal Revenue Code. These six-digit codes are based on the North American Industry Classification System (NAICS).

Select the code that best identifies your primary farming activity and enter the six-digit number on line B.

**Crop Production**

111100    Oilseed and grain farming
111210    Vegetable and melon farming
111300    Fruit and tree nut farming
111400    Greenhouse, nursery, and floriculture production
111900    Other crop farming

**Animal Production**

112111    Beef cattle ranching and farming
112112    Cattle feedlots
112120    Dairy cattle and milk production
112210    Hog and pig farming
112300    Poultry and egg production
112400    Sheep and goat farming
112510    Aquaculture
112900    Other animal production

**Forestry and Logging**

113000    Forestry and logging (including forest nurseries and timber tracts)
113110    Timber tract operations
113210    Forest nurseries and gathering of forest products
113310    Logging

EXHIBIT Q

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)** | **2023** |
| Department of the Treasury Internal Revenue Service | **Attach to your tax return.**<br>Go to *www.irs.gov/Form4562* for instructions and the latest information. | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| CARLOS SERRANO | Sch C REMEDIATION | 821-38-**** |

**Part I** Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---:|---:|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . | **1** | 1,160,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . | **3** | 2,890,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| | | | |
|---|---|---:|---:|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 . . . | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---:|---:|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . | **14** | 68,754. |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . | **16** | |

**Part III** MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---:|---:|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . ☐ | | |

**Section B—Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only—see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 17,189. | 5.0 | HY | 200 DB | 3,438. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---:|---:|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . | **22** | 72,192. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . | **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2023)

EXHIBIT Q

| Form **8995** | **Qualified Business Income Deduction Simplified Computation** | OMB No. 1545-2294 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Attach to your tax return.<br>Go to *www.irs.gov/Form8995* for instructions and the latest information. | **2023**<br>Attachment Sequence No. **55** |

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| CARLOS SERRANO | 821-38-**** |

**Note.** *You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*
*Use this form if your taxable income, before your qualified business income deduction, is at or below $182,100 ($364,200 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | CARLOS SERRANO | 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 | 123,729. |
| ii | CARLOS SERRANO FARM | 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 | -125,863. |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) . . . . . . . . . . . . . | **2** | -2,134. | |
| 3 | Qualified business net (loss) carryforward from the prior year . . . . . | **3** | ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | 0. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) . . . | | | **5** | 0. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . . . . . . . . . . . . . . . | **7** | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . . | | | **9** | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | **10** | 0. |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** | 0. | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) . . . . . . . . . . . . . | **12** | 0. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . | **13** | 0. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . . . | | | **14** | 0. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) . . . . . . . . . . . | | | **15** | 0. |
| 16 | Qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- . . . . | | | **16** | ( 2,134. ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- . . . . . . . . . . . . . . . . . . | | | **17** | ( 0. ) |

REV 05/21/24 PRO    Form **8995** (2023)

EXHIBIT Q

Form **4562**

Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization
### (Including Information on Listed Property)
**Attach to your tax return.**
Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2023**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| CARLOS SERRANO | Sch F CARLOS SERRANO FARM | 821-38-●●●● |

**Part I** **Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** 1,160,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** 2,890,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . | **7** |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | **10** |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 . **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** **Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)**

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions. | **14** |
| 15 | Property subject to section 168(f)(1) election | **15** |
| 16 | Other depreciation (including ACRS) | **16** |

**Part III** **MACRS Depreciation (Don't include listed property. See instructions.)**

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 . . . . . | **17** |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . ☐ | |

**Section B—Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | 09/23 | 507,137. | 39 yrs. | MM | S/L | 3,793. |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | | | 30 yrs. | MM | S/L | |
| **d** 40-year | | | 40 yrs. | MM | S/L | |

**Part IV** **Summary** (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . | **21** |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** 3,793. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . **23** | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2023)

EXHIBIT Q

**Arizona Form AZ-8879**

**E-file Signature Authorization**
**(Arizona Forms 140, 140A, 140EZ, 140NR and 140PY)** **2023**

Do **not** mail this form to the Arizona Department of Revenue. *The ERO must retain this document a minimum of four years.*

| Your First Name and Initial | Last Name | | Your Social Security Number* |
|---|---|---|---|
| CARLOS | SERRANO | Enter your SSN(s). | 821 | 38 | ░░ |

| Your Spouse's First Name and Initial (if filed joint) | Last Name | | Spouse's Social Security No.* |

**PART 1 – PURPOSE** *(If you are e-filing a Small Business Income Tax Return, also complete Form AZ-8879 SBI)* *Do Not Truncate
- To certify the truthfulness, correctness, and completeness of the taxpayer's electronic income tax return.
- To authorize the Electronic Return Originator (ERO) to affirm that the taxpayer wishes to use the taxpayer's electronic signature to the taxpayer's federal individual income tax return as the taxpayer's signature to the taxpayer's electronic Arizona individual income tax return.

**PART 2 – TAX RETURN INFORMATION**

1 Arizona Adjusted Gross Income ........ 0 00
2 Balance Of Tax ......................... 0 00
3 Arizona Income Tax Withheld ... 00
*Check box 4 or box 5:*
4 ☐ **REFUND:** *Enter the amount of refund.....................* 00
5 ☐ **AMOUNT *YOU OWE*:** *Enter the amount owed........* 0 00

**PART 3 – FINANCIAL INSTITUTION INFORMATION**
Must be present when requesting direct debit or deposit.
☐ Foreign Account Deposit/Debit: See instructions below.
TYPE OF ACCOUNT ☐ Checking ☐ Savings    ROUTING NUMBER
ACCOUNT NUMBER
DIRECT DEBIT REQUEST DATE    DIRECT DEBIT PAYMENT AMOUNT $ .00

**Box 4 Checkbox – Refund:** You are due a refund based on the information provided on your tax return. Your refund amount will be deposited in the account listed in the Financial Institution Information Section (Part 3).

**Box 5 Checkbox – Amount You Owe:** You owe taxes based on the information provided on your tax return. You have elected to direct debit for payment. The payment will be withdrawn from the account and on the date listed in the Financial Institution Information Section (Part 3).

**Foreign Account Deposit/Debit Checkbox:** Check the "Foreign Account Deposit/Debit" box if your deposit will be ultimately placed in or come from a foreign account. If you check this box, do not enter your account numbers. If this box is checked, we will not direct deposit or debit your account. If you are due a refund, we will send you a check instead. If you owe tax, *you must mail a check to the Arizona Department of Revenue, PO Box 29085, Phoenix, AZ 85038-9085.*

**PART 4 – DECLARATION AND SIGNATURE AUTHORIZATION** *(Sign only after completing Part 2)*

Under penalties of perjury, I declare that I have examined a copy of my electronic Arizona individual income tax return and accompanying schedules and statements for the year ending December 31, 2023, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts of Arizona adjusted gross income, total tax, Arizona income tax withheld, and refund (or amount owed) listed above are the amounts shown on the copy of my electronic Arizona income tax return.

6a ☐ I consent that my refund be directly deposited as designated in the electronic portion of my 2023 Arizona individual income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

6b ☒ I do not want direct deposit of my refund or I am not receiving a refund.

6c ☐ I authorize the Arizona Department of Revenue (ADOR) and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Arizona taxes owed on this return. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If I have filed a balance due return, I understand that if the ADOR does not receive full and timely payment of my tax liability by April 15, 2024, I will remain liable for the tax liability and all applicable interest and penalties. When electronically filing my federal and state tax returns, I understand that if there is an error on my federal return, my state return will also be rejected.

I consent to my Electronic Return Originator (ERO) or On-Line Service Provider (OLSP) sending my electronic Arizona individual income tax return and accompanying schedules and statements to ADOR, and I consent to my ERO or OLSP sending such information to ADOR through a transmitter. I consent to ADOR sending my ERO, OLSP and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not the transmission of my return is accepted and, if the return is rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize ADOR to disclose to my ERO, OLSP and/ or transmitter the reason(s) for the delay, or when the refund was sent. If ADOR contacts my ERO for a copy of my return, any documents or schedules to my return, and/or this authorization form, I authorize my ERO to release copies of the requested documents to ADOR.

I authorize PALACIO PALACIO & ZIMMERMAN, LLC
(ELECTRONIC RETURN ORIGINATOR)

to make the election that I want my electronic signature to my electronic federal individual income tax return to serve as my signature to my electronic Arizona individual income tax return for the year ending December 31, 2023. I understand that when my ERO makes the election that my electronic signature to my federal individual income tax return will serve as my signature to my Arizona individual income tax return, I will have signed my Arizona individual income tax return and declared under penalties of perjury to the best of my knowledge and belief the return is true, correct and complete.

**PLEASE SIGN HERE**

→ YOUR PEN AND INK SIGNATURE    DATE

→ SPOUSE'S PEN AND INK SIGNATURE    DATE

ADOR 10549 (23)    1555    REV 04/19/24 PRO

# EXHIBIT Q

**Arizona Form 140NR**

## Nonresident Personal Income Tax Return

**FOR CALENDAR YEAR 2023**

**82F** ☒ Check box 82F if filing under extension   OR FISCAL YEAR BEGINNING ⌷⌷⌷⌷ 2,0,2,3 AND ENDING ⌷⌷⌷⌷⌷⌷⌷⌷ **66F**

| | | |
|---|---|---|
| 1 | Your First Name and Middle Initial: CARLOS | Last Name: SERRANO |
| | | Your Social Security Number: 821 38 ●●●● |
| | Spouse's First Name and Middle Initial (if box 4 or 6 checked) | Last Name |
| | | Spouse's Social Security No. |

Enter your SSN(s).

| | |
|---|---|
| 2 | Current Home Address - number and street, rural route: 1800 LYMBROOK CT |
| | Apt. No. |
| | Daytime Phone (with area code) **94** |
| 3 | City, Town or Post Office: ORIENT   State: OH   ZIP Code: 43146 |
| | Last Names Used in Last Four Prior Year(s) (if different) **97** |

**FILING STATUS**

- 4 ☐ Married filing joint return   4a ☐ Injured Spouse Protection of Joint Overpayment
- 5 ☐ Head of household: Enter name of qualifying child or dependent on next line:
- 6 ☐ Married filing separate return: Enter spouse's name and Social Security Number above.
- 7 ☒ Single

REVENUE USE ONLY. DO NOT MARK IN THIS AREA. **88R**

**EXEMPTIONS** ▼ *Enter the number claimed. Do not put a check mark.*

- 8 Age 65 or over (you and/or spouse)   *If completing lines 8 and 9, also complete lines 47 and 48. For lines 10a and 10b, complete line 59.*
- 9 Blind (you and/or spouse)
- 10a Dependents: Under age of 17.   10b ☐ Dependents: Age 17 and over.

**81P** PM     **80R** RCVD

**11-13 Residency Status** *(check one):* 11 ☒ Nonresident   12 ☐ Nonresident Active Military   13 ☐ Composite Return (see instructions - page 29)

**(Box 10a and 10b):** Dependent Information. See instructions. **For more space, check the box** ☐ **and complete page 4.**

| | (a) FIRST AND LAST NAME (Do not list yourself or spouse.) | (b) SOCIAL SECURITY NUMBER | (c) RELATIONSHIP | (d) NO. OF MONTHS LIVED IN YOUR HOME IN 2023 | (e) Dependent Age included in: 1 (Box 10a) / 2 (Box 10b) | (f) ✓ if you did not claim this person on your federal return due to educational credits |
|---|---|---|---|---|---|---|
| 10c | | | | | | |
| 10d | | | | | | |
| 10e | | | | | | |
| 10f | | | | | | |

14 Check box 14 if married and you are the spouse of an active duty military member who qualifies for relief under the Military Spouses Residency Relief Act ............ 14 ☐

**Arizona Income**

| | | | 2023 FEDERAL Amount from Federal Return | 2023 ARIZONA Source Amount Only |
|---|---|---|---|---|
| 15 | Wages, salaries, tips, etc ......................... | 15 | 00 | 00 |
| 16 | Interest ..................................... | 16 | 00 | 00 |
| 17 | Dividends ................................... | 17 | 00 | 00 |
| 18 | Arizona income tax refunds. ..................... | 18 | 00 | 00 |
| 19 | Business income or (loss) from federal Schedule C ... | 19 | 123,729 00 | 0 00 |
| 20 | Gains or (losses) from federal Schedule D. See instructions for ARIZONA column ... | 20 | 00 | 00 |
| 21 | Rents, royalties, partnerships, estates, trusts, small business corporations from federal Schedule E ... | 21 | 00 | 00 |
| 22 | Other income reported on your federal return. Include your own schedule. SEE STMT | 22 | -125,863 00 | 0 00 |
| 23 | Total income: Add lines 15 through 22 ... | 23 | -2,134 00 | 0 00 |
| 24 | Other federal adjustments: Include your own schedule ... | 24 | 00 | 0 00 |
| 25 | Federal adjusted gross income: Subtract line 24 from line 23 in the FEDERAL column ... | 25 | -2,134 00 | |
| 26 | Arizona gross income: Subtract line 24 from line 23 in the ARIZONA column ... | 26 | | 0 00 |
| 27 | **Arizona income ratio:** Divide line 26 by line 25, and enter the result (not over 1.000) ... | 27 | | 0.000 |

**Additions**

| | | | | |
|---|---|---|---|---|
| 28 | **Small Business Income-28S** ☐ check the box if you are filing Form 140NR-SBI and enter the amount from Form 140NR-SBI, line 10 ... | 28 | | 00 |
| 29 | Modified Arizona gross income. Subtract line 28 from line 26 ... | 29 | | 0 00 |
| 30 | Total depreciation included in Arizona gross income. ... | 30 | | 00 |
| 31 | Partnership income adjustment. See instructions ... | 31 | | 00 |
| 32 | Other Additions to Income. Complete Other Additions to Arizona Gross Income schedule on page 5 ... | 32 | | 00 |
| 33 | **Subtotal:** Add lines 29, 30, 31 and 32. Enter the total ... | 33 | | 0 00 |

**Subtractions – cont. on page 2**

| | | | |
|---|---|---|---|
| 34 | Total Arizona sourced net capital gain or (loss). See instructions ... | 34 | 00 |
| 35 | Total net short-term capital gain or (loss) included on line 20, ARIZONA column ... | 35 | 00 |
| 36 | Total net long-term capital gain or (loss) included on line 20, ARIZONA column ... | 36 | 00 |
| 37 | Net long-term capital gain from assets acquired *after* December 31, 2011. See instructions | 37 | 00 |
| 38 | Multiply line 37 by 25% (.25) and enter the result ... | 38 | 00 |
| 39 | Net capital gain derived from investment in qualified small business ... | 39 | 00 |
| 40 | Recalculated Arizona depreciation ... | 40 | 00 |
| 41 | Partnership income adjustment. See instructions ... | 41 | 00 |
| 42 | Subtract lines 38 through 41 from line 33. Enter the difference ... | 42 | 00 |

ADOR 10177 (23)   1555   **AZ Form 140NR (2023)**   REV 04/19/24 PRO   Page 1 of 6

DO NOT STAPLE ANY ITEMS TO THE RETURN.   Place any required federal and AZ schedules and AZ documents after Form 140NR.   DRAFT COPY

# EXHIBIT Q

| Your Name (as shown on page 1) | Your Social Security Number |
|---|---|
| CARLOS SERRANO | 821-38-**** |

| | | |
|---|---|---|
| 43 | Interest on U.S. obligations such as U.S. savings bonds and treasury bills | 43 | 00 |
| 44 | Agricultural crops contributed to Arizona charitable organizations | 44 | 00 |
| 45 | Other Subtractions from Income: Complete *Other Subtractions from Arizona Gross Income* schedule on page 6 | 45 | 00 |
| 46 | Subtract lines 43, 44 and 45 from line 42. Enter the difference | 46 | 0 00 |
| 47 | Age 65 or over: Multiply the number in box 8 by $2,100 | 47 | 00 |
| 48 | Blind: Multiply the number in box 9 by $1,500 | 48 | 00 |
| 49 | Other Exemptions: See instructions...49E[   ] Multiply the number in box 49E by $2,300 | 49 | 00 |
| 50 | Add lines 47, 48, and 49. Enter the total | 50 | 00 |
| 51 | Multiply line 50 by the Arizona ratio on line 27 | 51 | 00 |
| 52 | Arizona adjusted gross income: Subtract line 51 from line 46. If less than zero, enter "0" | 52 | 0 00 |
| 53 | Deductions: *Check box and enter amount.* See instructions........53I[ ] ITEMIZED  53S[X] STANDARD | 53 | 0 00 |
| 54 | If you checked box 53S and claim charitable contributions, check 54C[ ] **Complete page 3.** See instructions | 54 | 00 |
| 55 | Arizona taxable income: Subtract lines 53 and 54 from line 52. If less than zero, enter "0" | 55 | 0 00 |
| 56 | Tax: Multiply line 55 by 2.5% (.025). Enter the result | 56 | 00 |
| 57 | Tax from recapture of credits from Arizona Form 301, Part 2, line 31 | 57 | 00 |
| 58 | Subtotal of tax: Add lines 56 and 57. Enter the total | 58 | 00 |
| 59 | Dependent Tax Credit. See instructions | 59 | 00 |
| 60 | Nonrefundable credits from Arizona Form 301, Part 2, line 62 | 60 | 00 |
| 61 | Balance of tax: Subtract lines 59 and 60 from line 58. If the sum of lines 59 and 60 is more than line 58, enter "0" | 61 | 00 |
| 62 | 2023 AZ income tax withheld | 62 | 00 |
| 63 | 2023 AZ estimated tax payments. 63a[    00] Claim of Right 63b[    00] Add 63a and 63b. | 63c | 00 |
| 64 | 2023 AZ extension payment (Form 204) | 64 | 00 |
| 65 | Other refundable credits: Check the box(es) and enter the total amount...651[ ]308 652[ ]334 653[ ]349 | 65 | 00 |
| 66 | Total payments and refundable credits: Add lines 62 through 65. Enter the total | 66 | 00 |
| 67 | TAX DUE: If line 61 is larger than line 66, subtract line 66 from line 61. Enter amount of tax due. Skip lines 68, 69 and 70 | 67 | 00 |
| 68 | OVERPAYMENT: If line 66 is larger than line 61, subtract line 61 from line 66. Enter amount of overpayment | 68 | 00 |
| 69 | Amount of line 68 to be applied to 2024 estimated tax | 69 | 00 |
| 70 | Balance of overpayment: Subtract line 69 from line 68. Enter the difference | 70 | 00 |

**71 - 81 Voluntary Gifts to:**

| | 00 | | | 00 |
|---|---|---|---|---|
| Solutions Teams Assigned to Schools...71 | 00 | Arizona Wildlife............72 | | 00 |
| Child Abuse Prevention...73 | 00 | Domestic Violence Services 74 | Political Gift............75 | 00 |
| Neighbors Helping Neighbors...76 | 00 | Special Olympics............77 | Veterans' Donations Fund 78 | 00 |
| I Didn't Pay Enough Fund...79 | 00 | Sustainable State Parks and Road Fund......80 | Spay/Neuter of Animals...81 | 00 |

| 82 | Political Party (if amount is entered on line 75 - check only one): 821[ ]Democratic  822[ ]Libertarian  823[ ]Republican | | |
|---|---|---|---|
| 83 | Estimated payment penalty | 83 | 00 |
| 84 | 841[ ]Annualized/Other  842[ ]Farmer or Fisherman  843[ ]Form 221 included | | |
| 85 | Add lines 71 through 81 and 83. Enter the total | 85 | 00 |
| 86 | REFUND: Subtract line 85 from line 70. If less than zero, enter amount owed on line 87 | 86 | 00 |

Direct Deposit of Refund: *Check box 86A* if your deposit will be ultimately placed in a *foreign account*; see instructions. 86A[ ]

98[ ] C[ ] Checking or
S[ ] Savings  ROUTING NUMBER [            ] ACCOUNT NUMBER [                    ]

| 87 | AMOUNT OWED: Add lines 67 and 85. Make check payable to Arizona Department of Revenue; write your SSN, 140NR on payment | 87 | 0 00 |
|---|---|---|---|

Under penalties of perjury, I declare that I have read this return and any documents with it, and to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**PLEASE SIGN HERE**

YOUR SIGNATURE / DATE / OCCUPATION: SELF EMPLOYED

SPOUSE'S SIGNATURE / DATE / SPOUSE'S OCCUPATION

ANTHONY J. PALACIO   07212024   PALACIO PALACIO & ZIMMERMAN, LLC
PAID PREPARER'S SIGNATURE   DATE   FIRM'S NAME (PREPARER'S IF SELF-EMPLOYED)

12002 SW 128TH COURT, SUITE 106   82-530****
PAID PREPARER'S STREET ADDRESS   PAID PREPARER'S TIN

MIAMI FL 33186   (305)595-0303
PAID PREPARER'S CITY   STATE   ZIP CODE   PAID PREPARER'S PHONE NUMBER

If you are sending a payment with this return, mail to Arizona Department of Revenue, PO Box 52016, Phoenix, AZ 85072-2016. Include the payment with Form 140NR.
If you are expecting a refund or owe no tax, or owe tax but are not sending a payment, mail to Arizona Department of Revenue, PO Box 52138, Phoenix, AZ 85072-2138.

EXHIBIT Q

CARLOS SERRANO                                                    821-38-____                        1

# Additional Information From Form 140NR: Nonresident Personal Return

**Form 140NR: Nonresident Personal Return**

**Other Income Reported on Federal Return**                                    **Continuation Statement**

| Description | Amount |
|---|---|
| Farm Income | -125,863 |



CLIENT COPY

EXHIBIT Q

**Arizona Form 204**

**Application for Filing Extension**
For Individual Returns Only

FOR CALENDAR YEAR
**2023**

DO NOT STAPLE ANY ITEMS TO THE RETURN.

For the calendar year 2023 or fiscal year beginning |_|_|_| 2,0,2,3| and ending |_|_|_| 2,0,_|_| 66

| 1 | Your First Name and Middle Initial | Last Name | | Your Social Security Number |
|---|---|---|---|---|
| | CARLOS | SERRANO | Enter your SSN(s). | 821 38 ___ |
| | Spouse's First Name and Middle Initial (if filing joint) | Last Name | | Spouse's Social Security No. |

| 2 | Current Home Address - number and street, rural route | Apt. No. | 95. Filing Status. Must be the same as Form 140, 140A, 140EZ, 140 PTC, 140ET, 140NR, 140PY |
|---|---|---|---|
| | 1800 LYMBROOK CT | | 95a ☐ Married filing joint return  95c ☐ Head of Household |
| | | | 95b ☐ Married filing separate return  95d ☒ Single |

| 3 | City, Town or Post Office | State | ZIP Code |
|---|---|---|---|
| | ORIENT | OH | 43146 |

REVENUE USE ONLY. DO NOT MARK IN THIS AREA.
88

94 Your Daytime Phone (with area code): _____

**Resident Personal Income Tax Forms – Check only one box:**

☐ 140   ☐ 140A   ☐ 140EZ   ☐ 140PTC   ☐ 140ET
☐ Part-Year Resident Personal Income Tax, Form 140PY
☒ Nonresident Personal Income Tax, Form 140NR
☐ Nonresident Composite, Form 140NR

81 PM     80 RCVD

*Filing Form 204 will also provide an automatic 6-month extension for your Small Business Income tax return (Form 140-SBI, Form 140NR-SBI or Form 140PY-SBI). Do not file Form 204-SBI unless you are making an extension payment for your Small Business tax return. See Form 204-SBI for more information. Use Form 204-SBI to make this payment.*

All extension requests must be postmarked on or before the original due date of the return, unless the original due date falls on a weekend or legal holiday. In that case, your request must be postmarked on or before the business day following the weekend or legal holiday. If you are a calendar year filer, your request for a 2023 filing extension must be postmarked on or before April 15, 2024.

An Arizona extension cannot be granted for more than six months beyond the original due date of the return. Arizona will grant an automatic six-month extension to individuals filing Forms 140, 140A, 140EZ, 140NR, 140PY, 140PTC, or 140ET. Arizona will accept a valid federal extension for the period covered by the federal extension. This includes the automatic six-month individual federal filing extension.

| **CHECK ONE BOX:** | Fiscal Tax Year Ending | Return Due Date |
|---|---|---|
| ☒ **Individual Calendar Year Filers:** | | |
| This is a request for an automatic 6-month filing extension ............... | | October 15, 2024 |
| ☐ **Individual Fiscal Year Filers:** | | |
| Enter taxable year end date and 6-month extended due date ............... | | |

☒ A federal extension will be used to file this tax return. This form is being used to transmit the Arizona extension payment.

| | | | | |
|---|---|---|---|---|
| 1 | Tax liability for 2023. You may estimate this amount ................................................. | | 1 | 0 00 |
| 2 | Arizona income tax withheld during 2023................................ | 2 | 0 00 | |
| 3 | Arizona estimated tax payments for 2023 ................................ | 3 | 0 00 | |
| 4 | Credits you will claim on your 2023 return. See Arizona Form 301 for a list of credits. | 4 | 65 00 | |
| 5 | Add lines 2 through 4................................................................ | | 5 | 65 00 |
| 6 | **Balance of Tax:** Subtract line 5 from line 1 ........................... | | 6 | 0 00 |
| 7 | Enter amount of payment enclosed with this extension........................ PAYMENT ENCLOSED ▶ | | 7 | 0 00 |

- Make check payable to Arizona Department of Revenue; **write your SSN, Form 204 and tax year on your payment**.
- **Include your payment with this form.**
- For **Nonresident Composite returns,** write "Composite 140NR" on payment and include the taxable year end and entity's EIN.

- **IMPORTANT:** If you are filing under a federal extension but are making an Arizona extension *payment by credit card or electronic payment*, **do not mail Form 204** to us. We will apply your extension tax payment to your account.

- If you **are** sending a payment with this request, mail to Arizona Department of Revenue, PO Box 29085, Phoenix, AZ 85038-9085.

- If you are **not** sending a payment with this request, mail to Arizona Department of Revenue, PO Box 52138, Phoenix, AZ 85072-2138.

ADOR 10576 (23)

1555

REV 04/19/24 PRO

CLIENT COPY

EXHIBIT Q



CLIENT COPY

– – – – – – – – – – – – – – – – – – – – *Please detach here.* – – – – – – – – – – – – – – – – – – – –

REV 05/21/24 PRO

**Ohio Universal Payment Coupon (OUPC)**

**Individual Income Tax**   440

| | | |
|---|---|---|
| **ID Type** 01 | **Coupon Type** 55 | |

CARLOS  SERRANO
1800 LYMBROOK CT
ORIENT              OH 43146

**Note:** Pay online at **tax.ohio.gov/pay**
**Make payment payable to:** Ohio Treasurer of State
**Mail to:** Ohio Department of Taxation,
P.O. Box 182131, Columbus, OH 43218-2131

**Tax Year**   07 21 24
2024

Using UPPERCASE letters,
print the first three letters of
the taxpayer's last name.

SER

98

Taxpayer's SSN

821 38 

**Amount of
Payment** ➡ $      173.00

440  8  01  8  0000082138656441224  3  55  4  0000  0  222

EXHIBIT Q

CLIENT COPY

- - - - - - - - - - - - - - - - - - - - - - - - - - *Please detach here.* - - - - - - - - - - -

REV 05/21/24 PRO

**Ohio Universal Payment Coupon (OUPC)**

| | Tax Year | 07 21 24 |
|---|---|---|
| | 2024 | |

**Individual Income Tax** 440

**ID Type** 01 **Coupon Type** 55

CARLOS SERRANO
1800 LYMBROOK CT
ORIENT          OH 43146



Using UPPERCASE letters,
print the first three letters of
the taxpayer's last name.

SER

**Note:** Pay online at **tax.ohio.gov/pay**
**Make payment payable to:** Ohio Treasurer of State
**Mail to:** Ohio Department of Taxation,
P.O. Box 182131, Columbus, OH 43218-2131

**98**

Taxpayer's SSN



821 38

Amount of
Payment    $    173.00

440 8 01 8 000008213865641224 3 55 4 0000 0 222

EXHIBIT Q



CLIENT COPY

– – – – – – – – – – – – – – – – – *Please detach here.* – – – – – – – – – – – – – – – – –

REV 05/21/24 PRO

**Ohio Universal Payment Coupon (OUPC)**

**Individual Income Tax**    440

**ID Type**  01    **Coupon Type**    55

CARLOS SERRANO
1800 LYMBROOK CT
ORIENT               OH 43146

**Tax Year**       07 21 24
2024

SER

Using UPPERCASE letters,
print the first three letters of
the taxpayer's last name.

**Note:** Pay online at **tax.ohio.gov/pay**
**Make payment payable to:** Ohio Treasurer of State
**Mail to:** Ohio Department of Taxation,
P.O. Box 182131, Columbus, OH 43218-2131

98

Taxpayer's SSN

821 38 

**Amount of
Payment** ➡ $       173.00

440  8 01 8  0000082138656441224 3 55 4 0000 0 222

EXHIBIT Q



---------- Please detach here. ----------

REV 05/21/24 PRO

**Ohio Universal Payment Coupon (OUPC)**

| | | Tax Year | 07 21 24 |
|---|---|---|---|
| | | 2024 | |

**Individual Income Tax**   440

**ID Type**   01   **Coupon Type**   55

CARLOS SERRANO
1800 LYMBROOK CT
ORIENT                    OH 43146

Using UPPERCASE letters,
print the first three letters of
the taxpayer's last name.
▼

SER

**Note:** Pay online at **tax.ohio.gov/pay**
**Make payment payable to:** Ohio Treasurer of State
**Mail to:** Ohio Department of Taxation,
P.O. Box 182131, Columbus, OH 43218-2131

**98**

Taxpayer's SSN

821 38 

Amount of
Payment  ➡ $   173.00

440  8  01  8  0000082138656541224  3  55  4  0000  0  222

EXHIBIT Q

Do not staple or paper clip.

 **Department of Taxation**

**2023 Ohio IT 1040**
Individual Income Tax Return
Use only black ink/UPPERCASE letters. Use whole dollars only.

 23000198   Sequence No. 1

07 21 24

**AMENDED RETURN** - Check here and include Ohio IT RE.

**NOL CARRYBACK** - Check here and include Schedule IT NOL.

Primary taxpayer's SSN (required)
821 38 ███
✔ If deceased

Spouse's SSN (if filing jointly)
✔ If deceased

School district #
2511

First name
CARLOS

M.I.   Last name
SERRANO

Spouse's first name (if filing jointly)

M.I.   Last name

Address line 1 (number and street) or P.O. Box
1800 LYMBROOK CT

Address line 2 (apartment number, suite number, etc.)

City
ORIENT

State   ZIP code   Ohio county (first four letters)
OH   43146   JACK

Foreign country (if the mailing address is outside the U.S.)

Foreign postal code

---

**Residency Status** – Check only one for primary
*Indicate state

× Resident   Part-year resident*   Nonresident*

Check only one for spouse (if filing jointly)
*Indicate state

Resident   Part-year resident*   Nonresident*

**Filing Status** – Check one (as reported on federal income tax return)

× Single, head of household or qualifying surviving spouse

Married filing jointly   Spouse's SSN

Married filing separately

---

**Ohio Nonresident Statement** – See instructions for required criteria

Primary meets the five criteria for irrebuttable presumption as nonresident.

Spouse meets the five criteria for irrebuttable presumption as nonresident.

**Federal extension filers** - check here.

If someone can claim you (or your spouse if filing jointly) as a dependent, check here.

---

1. Federal adjusted gross income (federal 1040 or 1040-SR, line 11). Place a "-" in the box if negative ...........................................– ....1.   2134

2a. Additions – Ohio Schedule of Adjustments, line 11 (include schedule) ......................2a.   42399

2b. Deductions – Ohio Schedule of Adjustments, line 44 (include schedule).......................2b.

3. Ohio adjusted gross income (line 1 plus line 2a minus line 2b). Place a "-" in the box if negative .. ....3.   40265

4. Exemption amount (include Schedule of Dependents if applicable) .............................................4.   2150
   Number of exemptions including you and your spouse/dependents, if applicable:   1

5. Ohio income tax base (line 3 minus line 4; if negative, enter zero).........................................5.   38115

6. Taxable business income – Ohio Schedule of Business Income, line 15 (include schedule)....................6.

7. Taxable nonbusiness income (line 5 minus line 6; if negative, enter zero) ...........................7.   38115



MM-DD-YY

REV 05/21/24 PRO   **2023 IT 1040 – page 1 of 2**

Do not staple or paper clip.

EXHIBIT Q

# 2023 Ohio IT 1040
### Individual Income Tax Return

SSN: 821 38 ~~XXXX~~



23000298    Sequence No. 2

7a. Amount from line 7 on page 1 ...................................................................................7a.    38115

8a. Nonbusiness income tax liability on line 7a (see instructions for tax tables)...........................8a.    692

8b. Business income tax liability – Ohio Schedule of Business Income, line 16 (include schedule) ............8b.

8c. Income tax liability before credits (line 8a plus line 8b) .................................................8c.    692

9. Ohio nonrefundable credits – Ohio Schedule of Credits, line 38 (include schedule).....................9.    0

10. Tax liability after nonrefundable credits (line 8c minus line 9; if negative, enter zero) .................10.    692

11. Interest penalty on underpayment of estimated tax (include Ohio IT/SD 2210) .........................11.    26

12. Unpaid use tax (see instructions) .........................................................................12.

13. Total Ohio tax liability before withholding or estimated payments (add lines 10, 11 and 12).............13.    718

14. Ohio income tax withheld – Schedule of Ohio Withholding, part A, line 1 (include schedule and income statements)...................................................................................14.

15. Estimated and extension payments, and credit carryforward from last year's return.....................15.

16. Refundable credits – Ohio Schedule of Credits, line 44 (include schedule).............................16.

17. Amended return only – amount previously paid with original and/or amended return ..................17.

18. Total Ohio tax payments (add lines 14, 15, 16 and 17)...................................................18.

19. Amended return only – overpayment previously requested on original and/or amended return.............19.

20. Line 18 minus line 19. Place a "-" in the box if negative.............................................20.
**If line 20 is MORE THAN line 13, skip to line 24. OTHERWISE, continue to line 21.**

21. Tax due (line 13 minus line 20). If line 20 is negative, ignore the "-" and add line 20 to line 13............21.    718

22. Interest due on late payment of tax (see instructions) ..................................................22.

23. TOTAL AMOUNT DUE (line 21 plus line 22). Include the Ohio Universal Payment Coupon (OUPC) and make check payable to "Ohio Treasurer of State" ......................... AMOUNT DUE ▶ 23.    718

24. Overpayment (line 20 minus line 13) ....................................................................24.

25. Original return only – portion of line 24 carried forward to next year's tax liability ....................25.
26. Original return only – portion of line 24 you wish to donate:
   a. Wishes for Sick Children    b. Wildlife Species    c. Military Injury Relief

   d. Ohio History Fund    e. Nature Preserves/Scenic Rivers    f. Breast/Cervical Cancer

   Total....26g.

27. REFUND (line 24 minus lines 25 and 26g)...........................................YOUR REFUND ▶ 27.

**Sign Here (required):** I have read this return. Under penalties of perjury, I declare that, to the best of my knowledge and belief, the return and all enclosures are true, correct and complete.

▶ Primary signature _____    Phone number _____

▶ Spouse's signature _____    Date _____

Preparer's printed name    ANTHONY J. PALACIO    Phone number    (305) 595-0303

X  Authorize your preparer to    Non-paid preparer    PTIN: P 02047476
   discuss this return

If your refund is $1.00 or less, no refund will be issued.
If you owe $1.00 or less, no payment is necessary.

NO Payment Included – Mail to:
Ohio Department of Taxation
P.O. Box 2679
Columbus, OH 43270-2679

Payment Included – Mail to:
Ohio Department of Taxation
P.O. Box 2057
Columbus, OH 43270-2057

REV 05/21/24 PRO    **2023 IT 1040 – page 2 of 2**

EXHIBIT Q

 **Ohio** Department of Taxation

## 2023 Ohio Schedule of Adjustments

Use only black ink. Use whole dollars only.



23000398

07 21 24

Primary Taxpayer's SSN

821 38 ████

Sequence No. 3

### Additions
#### (Only add the following amounts if they are not included on Ohio IT 1040, line 1)

1. Non-Ohio state or local government interest and dividends..................................................................1.

2. Ohio pass-through entity taxes excluded from federal adjusted gross income .........................................2.

3. Taxes paid to another state or District of Columbia related to IRS notice 2020-75.................................3.

4. 529 plan funds used for non-qualified expenses..................................................................................4.

5. Losses from sale or disposition of Ohio public obligations....................................................................5.

6. Nonmedical withdrawals from a medical savings account ....................................................................6.

7. Reimbursement of expenses previously deducted on an Ohio income tax return .....................................7.

**Federal**

8. Internal Revenue Code 168(k) and 179 depreciation expense add-back ................................................8.        42399

9. Exempt federal interest and dividends subject to state taxation ...........................................................9.

10. Federal conformity additions ...........................................................................................................10.

11. **Total additions** (add lines 1 through 10 ONLY). Enter here and on Ohio IT 1040, line 2a ......................11.        42399

### Deductions
#### (Only deduct the following amounts if they are included on Ohio IT 1040, line 1)

12. Business income deduction – Ohio Schedule of Business Income, line 13.............................................12.

13. Employee compensation earned in Ohio by residents of neighboring states..........................................13.

14. Taxable refunds, credits, or offsets of state and local income taxes (federal 1040, Schedule 1, line 1) .............14.

15. Taxable Social Security benefits (federal 1040 and 1040-SR, line 6b) .................................................15.

16. Certain railroad benefits .................................................................................................................16.

17. Interest income from Ohio public obligations and purchase obligations; gains from the disposition of Ohio public obligations; or income from a transfer agreement........................................17.

18. Amounts contributed to an Ohio county's individual development account program ...............................18.

19. Amounts contributed to a STABLE account: Ohio's ABLE plan .............................................................19.

20. Income earned in Ohio by a qualifying out-of-state business or employee for disaster work conducted during a disaster response period...................................................................................20.

21. Certain payments related to the East Palestine train derailment ..........................................................21.

22. Ohio adoption grant program payments received from the Ohio Department of Job and Family Services ..........22.

**Federal**

23. Federal interest and dividends exempt from state taxation..................................................................23.

# EXHIBIT Q

## 2023 Ohio Schedule of Adjustments

Primary taxpayer's SSN

821 38 ■■■



23000498

Sequence No. **4**

24. Deduction of prior year 168(k) and 179 depreciation add-backs..........................................24.

25. Refund or reimbursements from the federal 1040, Schedule 1, line 8z for federal itemized deductions claimed on a prior year return ................................................................................................25.

26. Repayment of income reported in a prior year ........................................................................26.

27. Wage expense not deducted based on the federal work opportunity tax credit .......................27.

28. Federal conformity deductions ..............................................................................................28.

**Uniformed Services**

29. Military pay received by Ohio residents while stationed outside Ohio ....................................29.

30. Compensation earned by nonresident military servicemembers and their civilian spouses ......30.

31. Uniformed services retirement income ...................................................................................31.

32. Military injury relief fund grants and veteran's disability severance payments.........................32.

33. Certain Ohio National Guard reimbursements and benefits.....................................................33.

**Education**

34. Amounts contributed to a 529 Plan .......................................................................................34.

35. Pell/Ohio College Opportunity taxable grant amounts used to pay room and board ................35.

36. Ohio educator expenses in excess of federal deduction.........................................................36.

37. Income attributable to loan repayments by the Ohio Department of Higher Education under the rural practice incentive program ..................................................................................................37.

38. Grant program payments made by the Ohio Department of Higher Education on behalf of adopted students ...38.

**Medical**

39. Disability benefits ................................................................................................................39.

40. Survivor benefits..................................................................................................................40.

41. Unreimbursed medical and health care expenses (see instructions for worksheet; **include a copy)** .................41.

42. Medical savings account contributions/earnings (see instructions for worksheet; **include a copy)** ....................42.

43. Qualified organ donor expenses ...........................................................................................43.

44. **Total deductions** (add lines 12 through 43 ONLY). Enter here and on Ohio IT 1040, line 2b............................44.

EXHIBIT Q

 **Ohio** Department of Taxation



10211411

# 2023 Ohio IT/SD 2210
## Interest Penalty on Underpayment of Ohio Individual Income, School District Income and Pass-Through Entity Tax

Include with your 2023 Ohio tax return.

**Use UPPERCASE letters.**

Complete this section if you are filing **Ohio IT 1040** or **SD 100**.

Primary taxpayer's SSN (required)

8 2 1   3 8 ▓▓▓▓

Spouse's SSN (if filing jointly)

First name

C A R L O S

M.I.

Last name

S E R R A N O

Spouse's first name (if filing jointly)

M.I.

Last name

Complete this section if you are filing **Ohio IT 4708, IT 1140, IT 4738, IT 1041, or SD 100E.**

FEIN

Decedent's SSN (estates)

Name of pass-through entity, trust or estate

Additional line, if necessary, for name of pass-through entity, trust or estate

**Total interest penalty due (from page 2, line 8 or page 3, line 6)** ..............................

2 6 . 0 0

Include pages 1 and 2 when you file your Ohio IT 1040, SD 100, SD 100E, IT 1041 or IT 4708 tax return.

Include pages 1 and 3 when you file your Ohio IT 1140 or IT 4738 tax return.

REV 05/21/24 PRO

**Federal Privacy Act Notice:** Because we require you to provide us with a Social Security number, the *Federal Privacy Act of 1974* requires us to inform you that providing us with your Social Security number is mandatory. Ohio Revised Code sections 5703.05, 5703.057 and 5747.08 authorize us to request this information. We need your Social Security number in order to administer this tax.

EXHIBIT Q



10211411

Taxpayer's name  CARLOS SERRANO                Taxpayer's FEIN/SSN  821 38 ████

## 2023
## Part I – Calculating the Required Annual Payment
## When Filing the Ohio IT 1040, SD 100, SD 100E, IT 1041 or IT 4708

Use this form to calculate interest penalty on underpayment of taxes and to show the exceptions where no interest penalty is due. See page 4 for definitions and line references.

☐ **Check here if you engage in farming or fishing activities and refer to Ohio Administrative Code Rule 5703-7-04 for options.**

| | | |
|---|---|---|
| 1. **2023** Ohio income taxes paid (<u>timely paid*</u> **2023** estimated payments plus withholding plus **2022** credit carryforward) ..................................................................... 1. | | 00 |
| 2. **2023** Ohio income tax liability (total tax minus total credits) ................. 2. | 692 | 00 |
| 3. **2022** Ohio income tax liability (total tax minus total credits) ................. 3. | | 00 |
| 4. Multiply line 2 by 90% (.90) ..................................................................... 4. | 623 | 00 |

5a. Is line 1 greater than or equal to line 4? If yes, STOP, you have no interest penalty. If no, continue to line 5b...................................................................................................... 5a.   ☐ Yes  ☒ No

5b. Did you timely file a 2022 Ohio income tax return? If yes, continue to line 5c. If no, skip to line 5d ... 5b.   ☐ Yes  ☒ No

5c. Is line 1 greater than or equal to line 3? If yes, STOP, you have no interest penalty. If no, continue to line 5d .................................................................................................. 5c.   ☐ Yes  ☐ No

5d. Is line 2 less any withholding $500 or less? If yes, STOP, you have no interest penalty. If no, continue to line 6 ........................................................................................................ 5d.   ☐ Yes  ☒ No

| | | |
|---|---|---|
| 6. If you answered "Yes" on line 5b, enter the lesser of line 3 or line 4. If you answered "No", enter the amount from line 4. Then continue to Part II.............................. 6. | 623 | 00 |

*Do not include any estimated payments that were made after their respective due date.

## Part II – Calculating the Interest Penalty Due

| | Payment Due Dates (see note below) | | | |
|---|---|---|---|---|
| | **A**<br>4/18/23 – 25% | **B**<br>6/15/23 – 50% | **C**<br>9/15/23 – 75% | **D**<br>1/16/24 – 100% |
| 1. Multiply the amount on Part I, line 6 by the percentage indicated at the top of each column at right...........................1. | 156 | 312 | 467 | 623 |
| 2. Multiply the total tax withheld from compensation by the percentage indicated at the top of each column at right.........2. | 0 | 0 | 0 | 0 |
| 3. Total estimated tax (including any credit carryforwards) paid by the dates shown at the top of each column at right ...............3. | | | | |
| 4. Add lines 2 and 3............................................4. | 0 | 0 | 0 | 0 |
| 5. Underpayment subject to interest penalty (line 1 minus line 4; if less than zero, enter zero) ..........................5. | 156 | 312 | 467 | 623 |
| 6. Ratio (if full or partial payment was made see instructions on page 4)..6. | 0.007940 | 0.012594 | 0.018152 | 0.019713 |
| 7. Interest penalty for the period: Multiply line 5 by line 6 for each column at right ..........................7. | | | | |
| 8. Total interest penalty due (sum of line 7, Columns A through D). Enter here and on page 1 ................ SEE STATEMENT UND. 8. | | | | 26 |

**Note:** Payment due dates – the associated dates and the rates on line 6 are for calendar year taxpayers. Fiscal year taxpayers must adjust the payment due dates and the line 6 ratios accordingly.

REV 05/21/24 PRO

EXHIBIT Q

# Tax Analysis

specially prepared for

# CARLOS SERRANO

## Tax Year 2023

**PALACIO PALACIO & ZIMMERMAN, LLC**

12002 SW 128TH COURT, SUITE 106
MIAMI, FL 33186
**email: info@ppzllc.com**
**Phone: (305) 595-0303**

Information in this Client Presentation has been compiled from information in your tax return, which is based on information you have provided.

EXHIBIT Q

CARLOS SERRANO
Tax Year 2023

# Your Bottom Line

## "What is my bottom line? What is my effective tax rate?"

| Balance Due | Effective tax rate* |
|---|---|
| $0 | 0.00% |

* Effective Tax Rate is an approximation of Tax divided by Income as a percentage.

## "Why is the bottom line this amount?"

|  | 2022 | 2023 | % Change | Difference |
|---|---|---|---|---|
| Taxable Income |  | $0 |  |  |
| Total Tax |  | $0 |  |  |
| Payments & Credits |  | $0 |  |  |
| Bottom Line |  | $0 balance due |  |  |

## "How did my effective tax rate change?"

|  | 2022 | 2023 | % Change | Difference |
|---|---|---|---|---|
| Effective Tax Rate |  | 0.00% |  |  |

## "How did my tax situation change from last year?"



Questions? Email me at info@ppzllc.com or give me a call at (305) 595-0303

EXHIBIT Q

CARLOS SERRANO
Tax Year 2023

# Your Standard or Itemized Deductions

## "What is my deduction this year?"

| Deduction Applied* | Deduction Type |
|---|---|
| $61,065 | Itemized |

*How the standard or itemized deduction is applied depends on which is beneficial to your overall tax return or required by law.*

## "How did my deductions change from last year?"

| | 2022 | 2023 |
|---|---|---|
| Deduction Applied | | Itemized $61,065 |

## "How did my itemized deductions change from last year?"



| | Medical & dental | Income or sales tax | Real estate taxes | Personal property & other taxes | Interest paid | Gifts to charity | Casualty & theft losses | Misc | Total Itemized deductions |
|---|---|---|---|---|---|---|---|---|---|
| 2022 | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| 2023 | $- | $- | $10,000 | $- | $51,065 | $- | $- | $- | $61,065 |

*If charts do not match total deductions, your return may have utilized the standard deduction or was subject to other limitations.*

Questions? Email me at info@ppzllc.com or give me a call at (305) 595-0303

EXHIBIT Q

CARLOS SERRANO<br>Tax Year 2023

# Your 2-Year Comparison Data

## Summary

| Items Affecting Your Bottom Line | 2022 | 2023 | Difference | % Difference |
|---|---|---|---|---|
| **Total Income** | $ | (2,134) | | |
| Adjustments to Income | $ | - | | |
| **Adjusted Gross Income (AGI)** | $ | (2,134) | | |
| Standard or Itemized Deductions | $ | 61,065 | | |
| Qualified Business Income Deduction | $ | - | | |
| **Taxable Income** | $ | - | | |
| Total Tax | $ | - | | |
| Payments and Credits | $ | - | | |
| Penalties | $ | - | | |
| **Bottom Line** | $ | - | | |

## Detail of Featured Line Items

| Sources of Income | 2022 | 2023 | Difference | % Difference |
|---|---|---|---|---|
| Wages, Salaries, Tips | $ | - | | |
| Interest & Ordinary Dividends | $ | - | | |
| State Tax Refund | $ | - | | |
| Schedule C (all) | $ | 123,729 | | |
| Capital Gains (losses) | $ | - | | |
| IRA Taxable Distributions | $ | - | | |
| Pension Taxable Distributions | $ | - | | |
| Rents and Royalty Income | $ | - | | |
| Partnerships, SCorps, etc. | $ | - | | |
| Farm Income | $ | (125,863) | | |
| Social Security (taxable) | $ | - | | |
| Other Income | $ | - | | |
| Total Income | $ | (2,134) | | |

| Itemized Deductions | 2022 | 2023 | Difference | % Difference |
|---|---|---|---|---|
| Medical & dental | $ | - | | |
| Income or sales tax | $ | | | |
| Real estate taxes | $ | 10,000 | | |
| Personal property & other taxes | $ | - | | |
| Interest paid | $ | 51,065 | | |
| Gifts to charity | $ | - | | |
| Casualty & theft losses | $ | | | |
| Misc | $ | - | | |
| Total Itemized deductions | $ | 61,065 | | |

| Taxes | 2022 | 2023 | Difference | % Difference |
|---|---|---|---|---|
| Income Tax | $ | - | | |
| Additional Income Tax | $ | - | | |
| Self-Employment Tax | $ | - | | |
| Alternative Minimum Tax (AMT) | $ | - | | |
| Other Taxes | $ | - | | |
| Total Tax | $ | - | | |

Questions? Email me at info@ppzllc.com or give me a call at (305) 595-0303

EXHIBIT Q

CARLOS SERRANO
Tax Year 2023

# **Personalized Tax Advice**

Below you will find a list of recommendations that offer potential opportunities to save on your taxes next year. We created this list for you based on the information in your 2023 tax return. If you have any questions about anything on this list, please don't hesitate to contact our firm. Also, you have received a copy of your tax return. Keep a copy of your return and your supporting documentation for at least three years or more after you file your tax return.

❑ Keep track of all your receipts for any home improvements you make on your home so that you can determine your proper tax basis when you sell it.

❑ Be sure to consult with us in December 2024 for some year end planning regarding REMEDIATION to help minimize your tax liability.

❑ Be sure to maintain a separate business checking account to refrain from mixing personal and business expenses together.

❑ As a self-employed business owner, consider purchasing a disability policy to protect you financially in case of accident or injury.

❑ Be sure to keep a detailed annual mileage record for all vehicles used in your business. The record should include your business's name, the business and the total miles for the year, and the business trip purpose.

❑ Consider setting up a home office during 2024 and using it regularly and exclusively for REMEDIATION . Then you can deduct additional expenses for this business.

❑ You may be able to lower your tax and health expenses for 2024 by purchasing health insurance through your business or, if you have a high deductible medical plan, opening a Health Savings Account.

❑ If you make charitable contributions, it may lower your tax bill in the future. You can even benefit from donating good quality used clothing to a charity.

Thank you again for your tax business this year. We look forward to meeting your future needs.

EXHIBIT Q