# EXHIBIT R



## STATE OF OHIO - BUREAU OF MOTOR VEHICLES
## APPLICATION FOR DRIVER'S LICENSE

CARLOS A SERRANO-RESTREPO
Residential Address:
1800 LYNNBROOK CT
ORIENT, OH 43146
25 - FRANKLIN
Resident:

Sex: MALE
DOB: 01/20/1978
Height: 5'-8"
Weight: 250 lbs
Hair: Black
Eyes: Brown
U.S. Citizen: No
USCIS Document: I-766
USCIS Doc Exp: 03/20/2025
NON RENEW/NON TRANSFER

Agency: 2508
DL/ID Issue Date: 5/5/2023
Application #: VQ680056
DL/ID #: VQ680056
Transaction: Convert an Out of State License
Ignition Interlock: No
Phone: 3478672754

Class:
D - Operator
Restrictions:
Card Type:
Standard-Not for Federal ID

Endorsements:

Exp Date:
3/20/2025

Fees:
Endorsement Fee        $0.00
Vision Fee             $0.00
Document Processing Fee $1.50
Excess Fee             $0.00
License Fee            $18.00
DL/ID Fee Total        $19.50
Deputy Fee             $5.00
Total Fee              $24.50

Your DL/ID/TIPIC will be shipped to the following address:   1800 LYNNBROOK CT
ORIENT, OH 43146

I received a one-page summary of Ohio's distracted driving laws as required by R.C. 4507.214 (as part of my licensing transaction).
ANATOMICAL DONOR: Yes.   UPON MY DEATH, I MAKE AN ANATOMICAL GIFT OF MY ORGANS, TISSUES AND EYES FOR ANY PURPOSE AUTHORIZED BY LAW.
I DO have a current driver license or I.D. card from Washington ID# WDLBRRT4G83B Exp 01/20/2024.
I acknowledge any other driver's license or ID card held in another state will be subject to cancelation.
I do NOT have driving privileges now suspended or revoked or cancelled or otherwise disqualified or subject to an out of service order in this state or any other state.
I do NOT have a pending citation for a violation of any motor vehicles law or ordinance in this or any other state.
I do NOT have a condition that results in episodic impairment of consciousness or loss of muscular control.
I do NOT have a physical or mental condition that prevents me from exercising reasonable and ordinary control of a motor vehicle.
I am NOT chemically dependent on alcohol or a drug of abuse or currently using alcohol or a drug of abuse.
WARNING: APPLICANT GIVING FALSE INFORMATION IS SUBJECT TO PROSECUTION-O.R.C. SEC. 2921.13. APPLICATION INFORMATION AND SIGNATURE(S) CAPTURED ELECTRONICALLY.

**Financial Responsibility Statement**
I have read and understand the financial responsibility statement (BMV 3135).
I affirm that I now have insurance or other proof of financial responsibility (FR PROOF) and that I will not operate any motor vehicle without FR PROOF (R.C. 4509.101).
By signing I agree to and attest that all the above is true and accurate.
**Applicant Signature**

EXHIBIT R





USA-000627