GROUP EXHIBIT S



USA-000059



GROUP EXHIBIT S

USA-000063

GROUP EXHIBIT S

USA-000090

GROUP EXHIBIT S

USA-000175

GROUP EXHIBIT S

USA-000176




GROUP EXHIBIT S

01.10.2024 19:12

USA-000095