# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | Case No. 2:24-cr-00107 |
| | : | JUDGE EDMUND A. SARGUS, JR. |
| v. | : | |
| CARLOS SERRANO-RESTREPO, | : | |
| Defendant. | : | |

## UNITED STATES' NOTICE OF COMPLETED FORFEITURE

The United States of America respectfully notifies the Court that the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") completed the non-judicial (administrative) forfeiture of the property named in the Forfeiture Allegation of the Indictment (Doc. 16). More particularly, the ATF, in accordance with the law, administratively forfeited the following property (*see* Exhibits A-D):

| | CATS Id No. | Asset Description |
|---|---|---|
| 1 | 24-ATF-007235 | 170 rounds of assorted ammunition |
| 2 | 24-ATF-007236 | Ruger Super Redhawk Revolver, CAL:480, SN: 552-90473 |
| 3 | 24-ATF-007237 | Smith & Wesson SD40VE Pistol, CAL:40, SN: FBW0214 |
| 4 | 24-ATF-007238 | Standard Manufacturing Company, LLC S333, Thunderstruck Revolver, CAL:22, SN: SVF005492 |
| 5 | 24-ATF-007239 | Smith & Wesson 629 Magnum Hunter Revolver, CAL:44, SN: CZY9364629-7 |
| 6 | 24-ATF-007240 | Taurus Tracker Revolver, CAL:44, SN: ADL921952 |
| 7 | 24-ATF-007241 | Taurus Raging Hunter Revolver, CAL:44, SN: AEE419622 |
| 8 | 24-ATF-007242 | Girsan MC 1911 SC Pistol, CAL:45, SN: T6368-23BF00133 |
| 9 | 24-ATF-007243 | Kahr Arms - Auto Ordnance 1911 Trump Rally Cry Pistol, CAL:45, SN: AOB00901 |
| 10 | 24-ATF-007244 | Taurus 66 Revolver, CAL:357, SN: ZC375800 |
| 11 | 24-ATF-007245 | Phoenix Arms Co. HP25A Pistol, CAL:25, SN: 4555724 |
| 12 | 24-ATF-007247 | 19 rounds Winchester-Western ammunition, CAL:9 |
| 13 | 24-ATF-007248 | Canik55 Mete SFT Pistol, CAL:9, SN: 22CC19140 |
| 14 | 24-ATF-007249 | Ruger GP100 Revolver, CAL:357, SN: 179-59830 |
| 15 | 24-ATF-007250 | Colt MK IV Mustang Pistol, CAL:380, SN: MS13558 |

| | | |
|---|---|---|
| 16 | 24-ATF-007251 | Ruger LCP II Pistol, CAL:380, SN:  380284802 |
| 17 | 24-ATF-007252 | Ruger Ruger-57 Pistol, CAL:57, SN:  641-93420 |
| 18 | 24-ATF-007253 | Glock GMBH 33 Pistol, CAL:357, SN:  CFR549US |
| 19 | 24-ATF-007254 | Glock GMBH 31GEN4 Pistol, CAL:357, SN:  BBNY904 |
| 20 | 24-ATF-007255 | Taurus The Judge Revolver, CAL:45/410, SN:  CN752252 |
| 21 | 24-ATF-007256 | Bersa Thunder 380 Pistol, CAL:380, SN:  M67628 |
| 22 | 24-ATF-007258 | Taurus International Spectrum Pistol, CAL:380, SN:  1F005110 |
| 23 | 24-ATF-007259 | Smith & Wesson M&P 40 Pistol, CAL:40, SN:  HTN4645 |
| 24 | 24-ATF-007260 | Glock Inc. 23GEN4 Pistol, CAL:40, SN:  VCN910 |
| 25 | 24-ATF-007262 | Smith & Wesson 642 Airweight Revolver, CAL:38, SN:  DRS9536 |
| 26 | 24-ATF-007263 | Charter Arms Undercover Revolver, CAL:38, SN:  23L04003 |
| 27 | 24-ATF-007265 | Glock Inc. 42 Pistol, CAL:380, SN:  AGMZ918 |
| 28 | 24-ATF-007266 | Taurus International Spectrum Pistol, CAL:380, SN:  1F035612 |
| 29 | 24-ATF-007267 | Sig-Sauer P320 X-Five Pistol, CAL:9, SN:  58H323581 |
| 30 | 24-ATF-007269 | Glock Inc. 42 Pistol, CAL:380, SN:  ABSW602 |
| 31 | 24-ATF-007270 | Beretta USA Corp APX Pistol, CAL:9, SN:  A232536X |
| 32 | 24-ATF-007272 | Taurus International TX22 Pistol, CAL:22, SN:  1PT586591 |
| 33 | 24-ATF-007273 | German Sports Guns Firefly Pistol, CAL:22, SN:  F501727 |
| 34 | 24-ATF-007274 | Beretta USA Corp 92FS Pistol, CAL:9, SN:  BER313483 |
| 35 | 24-ATF-007275 | Taurus International 856 Revolver, CAL:38, SN:  AEG479089 |
| 36 | 24-ATF-007276 | Davis Industries D38 Derringer, CAL:38, SN:  D019267 |
| 37 | 24-ATF-007277 | Sig-Sauer P365 Pistol, CAL:9, SN:  66F290249 |
| 38 | 24-ATF-007278 | Glock Inc. 27GEN5 Pistol, CAL:40, SN:  BWBW436 |
| 39 | 24-ATF-007279 | Glock Inc. 35 Pistol, CAL:40, SN:  WAW469 |
| 40 | 24-ATF-007280 | CZ (Ceska Zbrojovka) CZ P-10 F Pistol, CAL:9, SN:  H153773 |
| 41 | 24-ATF-007281 | North American Arms NAA22 Revolver, CAL:22, SN:  E483549 |
| 42 | 24-ATF-007282 | FNH USA, LLC FNS-9 Pistol, CAL:9, SN:  GKU0116248 |
| 43 | 24-ATF-007283 | Beretta, Pietro S.P.A 81 Pistol, CAL:32, SN:  D65574W |
| 44 | 24-ATF-007284 | CZ (Ceska Zbrojovka) VZ50 Pistol, CAL:32, SN:  D71356 |
| 45 | 24-ATF-007285 | Girsan Regard GEN4 Pistol, CAL:9, SN:  T6368-23A01236 |
| 46 | 24-ATF-007286 | Pardini Armi Commerciale SP Pistol, CAL:22, SN:  B6287 |
| 47 | 24-ATF-007287 | Shadow Systems, LLC MR920 Pistol, CAL:9, SN:  SSC111035 |
| 48 | 24-ATF-007289 | Nagant 1893 Revolver, CAL:75, SN:  NG0687 |
| 49 | 24-ATF-007290 | Armscorp USA (Armscorp of America) Pistol, CAL: Unknown, SN: LB00196 |
| 50 | 24-ATF-007291 | Glock Inc. 20 Pistol, CAL:10, SN:  SMA308 |
| 51 | 24-ATF-007292 | Tisas - Trabzon Gun Industry Corp. 1911 D10 Pistol, CAL:10, SN: T0620-23DA00338 |
| 52 | 24-ATF-007293 | Glock GMBH 48 Pistol, CAL:9, SN:  BXUU036 |
| 53 | 24-ATF-007294 | Canik55 TP-9SFX Pistol, CAL:9, SN:  T6472-21BC72665 |
| 54 | 24-ATF-007295 | Glock GMBH 48 Pistol, CAL:9, SN:  BZXV887 |
| 55 | 24-ATF-007296 | Glock GMBH 48 Pistol, CAL:9, SN:  BWEX351 |
| 56 | 24-ATF-007297 | Glock GMBH 47 Pistol, CAL:9, SN:  CAFE820 |

| | | |
|---|---|---|
| 57 | 24-ATF-007298 | Glock Inc. 43X Pistol, CAL:9, SN: BZWG991 |
| 58 | 24-ATF-007299 | Glock Inc. 43X Pistol, CAL:9, SN: BWUR932 |
| 59 | 24-ATF-007301 | Glock Inc. 19X Pistol, CAL:9, SN: BYVH342 |
| 60 | 24-ATF-007302 | Glock Inc. 19GEN5 Pistol, CAL:9, SN: BTPK625 |
| 61 | 24-ATF-007303 | Glock Inc. 43 Pistol, CAL:9, SN: AGUK719 |
| 62 | 24-ATF-007305 | Glock Inc. 43 Pistol, CAL:9, SN: AGSX687 |
| 63 | 24-ATF-007307 | Smith & Wesson M&P 9 M2.0 COMPTR Pistol, CAL:9, SN: SBM3681 |
| 64 | 24-ATF-007309 | Glock Inc. P80 Pistol, CAL:9, SN: BNLP603 |
| 65 | 24-ATF-007310 | Smith & Wesson 3913 Pistol, CAL:9, SN: VJL0479 |
| 66 | 24-ATF-007311 | Glock Inc. 45 Pistol, CAL:9, SN: AHGP332 |
| 67 | 24-ATF-007313 | Smith & Wesson M&P 9 Shield Pistol, CAL:9, SN: JEL0659 |
| 68 | 24-ATF-007314 | Glock Inc. 45 Pistol, CAL:9, SN: BVTF916 |
| 69 | 24-ATF-007315 | 29 rounds of assorted ammunition, CAL:40 |
| 70 | 24-ATF-007344 | Glock Inc. 19GEN5 Pistol, CAL:9, SN: AGRY842 |
| 71 | 24-ATF-007345 | CZ (Ceska Zbrojovka) CZ2075 Rami Pistol, CAL:9, SN: C787949 |
| 72 | 24-ATF-007346 | Beretta, Pietro S.P.A 694 Shotgun, CAL:12, SN:ST15033R |
| 73 | 24-ATF-007347 | Marlin Firearms Co. 17VS Rifle, CAL:17, SN: 98639793 $400.00 98639793 |
| 74 | 24-ATF-007348 | 7 rounds of Charles Daly ammunition, CAL:17 |
| 75 | 24-ATF-007349 | Marlin Firearms Co. 70PPS Rifle, CAL:22, SN: 05265901 |
| 76 | 24-ATF-007350 | 28 rounds of Charles Daly ammunition, CAL:22 |
| 77 | 24-ATF-007351 | Aero Precision X15 Rifle, SN: X522584 |
| 78 | 24-ATF-007352 | 2 rounds of assorted ammunition, CAL:12 |
| 79 | 24-ATF-007353 | 30 rounds of assorted ammunition, CAL:223 |
| 80 | 24-ATF-007354 | Palmetto State Armory PA-15 Rifle, CAL:350, SN: SCB331538 |
| 81 | 24-ATF-007355 | 11 rounds of Hornady ammunition, CAL:350 |
| 82 | 24-ATF-007356 | 160 rounds of assorted ammunition |
| 83 | 24-ATF-007357 | 400 rounds of assorted ammunition, CAL:9 |
| 84 | 24-ATF-007358 | 69 rounds of assorted ammunition |
| 85 | 24-ATF-007359 | Browning Citori SPCL SPRTG Shotgun, CAL:12, SN: 01363ZR131 |
| 86 | 24-ATF-007360 | Rossi 92 SRC Rifle, CAL:357, SN: 7CR086010R |
| 87 | 24-ATF-007361 | 2,250 rounds of assorted ammunition |
| 88 | 24-ATF-007362 | 930 rounds of assorted ammunition |
| 89 | 24-ATF-007363 | 2,100 rounds of assorted ammunition |
| 90 | 24-ATF-007364 | Winchester 94AE Rifle, CAL:444, SN: 6439423 |
| 91 | 24-ATF-007365 | 2,140 rounds of assorted ammunition |
| 92 | 24-ATF-007366 | 1,860 rounds of assorted ammunition |
| 93 | 24-ATF-007367 | 2,350 rounds of assorted ammunition |
| 94 | 24-ATF-007368 | 1,780 rounds of assorted ammunition |
| 95 | 24-ATF-007369 | 1,135 rounds of assorted ammunition |
| 96 | 24-ATF-007370 | Taurus Rossi R92 Rifle, CAL:22, SN: 7CL092941R |
| 97 | 24-ATF-007371 | 1,110 rounds of assorted ammunition |

| | | |
|---|---|---|
| 98 | 24-ATF-007372 | 1,256 rounds of assorted ammunition |
| 99 | 24-ATF-007373 | 2,010 rounds of assorted ammunition |
| 100 | 24-ATF-007374 | 2,250 rounds of assorted ammunition |
| 101 | 24-ATF-007375 | Winchester 9417 Rifle, CAL:17, SN:  F767809 |
| 102 | 24-ATF-007376 | 4,350 rounds of assorted ammunition |
| 103 | 24-ATF-007377 | 14,100 rounds of assorted ammunition |
| 104 | 24-ATF-007378 | Remington Arms Company, Inc. 597 Magnum Rifle, CAL:22, SN: 2914673M |
| 105 | 24-ATF-007379 | 2,040 rounds of assorted ammunition |
| 106 | 24-ATF-007380 | 2,270 rounds of assorted ammunition |
| 107 | 24-ATF-007381 | 2,890 rounds of assorted ammunition |
| 108 | 24-ATF-007382 | Winchester 94 XTR Rifle, CAL:375, SN:  BB012197 |
| 109 | 24-ATF-007383 | 2,370 rounds of assorted ammunition |
| 110 | 24-ATF-007385 | 4,913 rounds of assorted ammunition |
| 111 | 24-ATF-007386 | 2,510 rounds of assorted ammunition |
| 112 | 24-ATF-007387 | Istanbul Arms-Istanbul Silah Winchester SXP Rifle, SN:  TR6022-060064SP |
| 113 | 24-ATF-007388 | 1,890 rounds of assorted ammunition |
| 114 | 24-ATF-007389 | Archangel Arms, LLC Rifle, SN:  246-75246 |
| 115 | 24-ATF-007390 | Del-Ton Inc. DTI-15 Rifle, CAL:556, SN:  B90554 |
| 116 | 24-ATF-007391 | 1,783 rounds of assorted ammunition |
| 117 | 24-ATF-007392 | Istanbul Arms-Istanbul Silah Winchester SXP Shotgun, CAL:12, SN: 12AZV18127 |
| 118 | 24-ATF-007393 | 2,292 rounds of assorted ammunition |
| 119 | 24-ATF-007394 | 1,120 rounds of assorted ammunition |
| 120 | 24-ATF-007395 | Walther Colt M4 Carbine Rifle, CAL:22, SN:  WJ029129 |
| 121 | 24-ATF-007396 | 990 rounds of assorted ammunition |
| 122 | 24-ATF-007397 | Marlin Firearms Co. 336CS Rifle, CAL:30-30, SN:  04094551 |
| 123 | 24-ATF-007398 | Izhmash (IMEZ) Saiga-12 Shotgun, CAL:12, SN:  11403624 |
| 124 | 24-ATF-007399 | Browning A-Bolt Rifle, CAL:65, SN:  08972ZN358 |
| 125 | 24-ATF-007400 | 5 rounds of Winchester-Western ammunition, CAL:65 |
| 126 | 24-ATF-007401 | Walther G22 Rifle, CAL:22, SN:  PW002455 |
| 127 | 24-ATF-007402 | F.N. (FN Herstal) PS90 Rifle, CAL:57, SN:  FN097758 |
| 128 | 24-ATF-007403 | Israel Weapon IND-IWI (Israel Military IND-IMI) Tavor Sar Rifle, CAL:762, SN:  T7105714 |
| 129 | 24-ATF-007404 | CZ (Ceska Zbrojovka) Bren 2MS Rifle, CAL:556, SN:  G119834 |
| 130 | 24-ATF-007405 | 30 rounds of Federal ammunition, CAL:223 |
| 131 | 24-ATF-007406 | Palmetto State Armory PA-15 Rifle, CAL:300, SN:  LW330570 |
| 132 | 24-ATF-007407 | Ruger 10/22 Rifle, CAL:22, SN:  824-90383 |
| 133 | 24-ATF-007408 | CZ USA CZ Scorpion 3 Plus Pistol, CAL:9, SN:  D194120 |
| 134 | 24-ATF-007409 | Radikal Arms NK-1 Shotgun, CAL:12, SN:  23BRK-3002 |
| 135 | 24-ATF-007410 | WWI (Windham Weaponry Inc.) WW-15 Rifle, CAL:556, SN: YE007603 |

| 136 | 24-ATF-007411 | HS Produkt (IM Metal) Hellion Rifle, CAL:556, SN:  BBS20639 |
|---|---|---|
| 137 | 24-ATF-007412 | 30 rounds of Federal ammunition, CAL:223 |
| 138 | 24-ATF-007413 | Beretta, Pietro S.P.A CX4 Storm Rifle, CAL:9, SN:  CX78618 |
| 139 | 24-ATF-007414 | Beretta, Pietro S.P.A CX4 Storm Rifle, CAL:9, SN:  CX78895 |
| 140 | 24-ATF-007415 | 16 rounds of Winchester-Western ammunition, CAL:9 |
| 141 | 24-ATF-007416 | Just Right Carbines, LLC J R Carbine Rifle, CAL:40, SN: JRCV036208 |
| 142 | 24-ATF-007417 | CBC (Companhia Braziliera de Cartuchos) 702 Plinkster Rifle, CAL:22, SN:  EHJ413721 |
| 143 | 24-ATF-007418 | Browning Winchester SX4 Shotgun, CAL:20, SN:  PT16909YY11K |
| 144 | 24-ATF-007419 | Tokarev Savunma Silah Sanayi (Tokarev Arms) TBP 12 Shotgun, CAL:12, SN:  52-H22YB-013376 |
| 145 | 24-ATF-007420 | Derya Arms (Derya Silah Sanayi) VR-60 Shotgun, CAL:12, SN:R511625 |
| 146 | 24-ATF-007421 | 3 rounds of ammunition, CAL:12 |
| 147 | 24-ATF-007422 | DPMS Inc. (Defense Procurement Mfg. Services) LR-308 Rifle, CAL:308, SN:  69974 |
| 148 | 24-ATF-007423 | Hipoint (Strassell's Machine Inc.) 1095TS Rifle, CAL:10, SN: M13618 |
| 149 | 24-ATF-007425 | Romarm/Cugir PSL-54C Rifle, CAL:762, SN:  ROA22T-0397 |
| 150 | 24-ATF-007426 | Derya Arms (Derya Silah Sanayi) Shotgun, SN:  R487153 |
| 151 | 24-ATF-007427 | Ruger 10/22 Tactical Rifle, CAL:22, SN:  0024-19201 |
| 152 | 24-ATF-007428 | Walther M4 OPS Rifle, CAL:22, SN:  BP039882 |
| 153 | 24-ATF-007429 | Turkey LVR410 Shotgun, CAL:410, SN:  22HT-3702 |
| 154 | 24-ATF-007431 | McDuffee Arms MAR-15 Rifle, SN:  000128 |
| 155 | 24-ATF-007432 | Tokarev Savunma Silah Sanayi (Tokarev Arms) TAR 12P Shotgun, CAL:12, SN:  52-H23YD-003452 |
| 156 | 24-ATF-007433 | Just Right Carbines, LLC J R Carbine Rifle, CAL:9, SN: JRCV045529 |
| 157 | 24-ATF-007434 | Rock River Arms, Inc. LAR 15 Rifle, CAL:556, SN:  CM79332 |
| 158 | 24-ATF-007435 | Derya Arms (Derya Silah Sanayi) VR-60 Shotgun, CAL:12, SN: R511661 |
| 159 | 24-ATF-007437 | 215 rounds of assorted ammunition |
| 160 | 24-ATF-007438 | Walther PPK/S Pistol, CAL:22, SN:  WF072095 |
| 161 | 24-ATF-007440 | Walther PPK/S Pistol, CAL:380, SN:  9605BAF |
| 162 | 24-ATF-007442 | Colt Commander Pistol, CAL:38, SN:  LWC0124 |
| 163 | 24-ATF-007443 | North American Arms Guardian Pistol, CAL:32, SN:  AB0579 |
| 164 | 24-ATF-007445 | Heckler and Koch VP9 Pistol, CAL:9, SN:  224150735 |
| 165 | 24-ATF-007446 | Taurus PT1911AR Pistol, CAL:38, SN:  LBY42665 |
| 166 | 24-ATF-007447 | FNH USA, LLC 545 Pistol, CAL:45, SN:  BBP0011131 |
| 167 | 24-ATF-007448 | FNH USA, LLC Five Seven Pistol, CAL:5.7x28, SN:  386139563 |
| 168 | 24-ATF-007449 | Ruger SR40C Pistol, CAL:40, SN:  345-19579 |
| 169 | 24-ATF-007450 | Coonan Inc. Blaine, MN Classic Pistol, CAL:357, SN:  DCA1661 |
| 170 | 24-ATF-007451 | Glock GMBH 35 Pistol, CAL:40, SN:  XMD990 |

| | | |
|---|---|---|
| 171 | 24-ATF-007452 | Smith & Wesson 52 Pistol, CAL:38, SN:  A589507 |
| 172 | 24-ATF-007453 | Smith & Wesson Bodyguard Pistol, CAL:380, SN:  KEY9251 |
| 173 | 24-ATF-007455 | Colt AR15 Rifle, CAL:223, SN:  SP78162 |
| 174 | 24-ATF-007457 | Smith & Wesson M&P 15-22 Rifle, CAL:22, SN:  DFA4899 |
| 175 | 24-ATF-007459 | Walther HK416D Rifle, CAL:22, SN:  HK019256 |
| 176 | 24-ATF-007460 | Radical Firearms, LLC RF-15 Rifle, CAL:223, SN:  RD22322 |
| 177 | 24-ATF-007461 | FNH USA, LLC Scar 17S Rifle, CAL:762, SN:  H0C16213 |
| 178 | 24-ATF-007462 | Aero Precision M5 Rifle, CAL:762, SN:  US189942 |
| 179 | 24-ATF-007463 | Romarm/Cugir GP WASR-10 Rifle, CAL:762, SN:  SAH-0549-81 |
| 180 | 24-ATF-007464 | Bushmaster Firearms XM15-E2S Rifle, CAL:223, SN:  L188624 |
| 181 | 24-ATF-007465 | Spike's Tactical LLC ST15 Rifle, CAL:223, SN:  16130 |
| 182 | 24-ATF-007466 | Heckler and Koch SL8-6 Rifle, CAL:223, SN:  48-019506 |
| 183 | 24-ATF-007467 | Harrington and Richardson 700 Rifle, CAL:22, SN:  AY498893 |
| 184 | 24-ATF-007468 | Marlin Firearms Co. 444XLR Rifle, CAL:444, SN:  92200369 |
| 185 | 24-ATF-007469 | CZ (Ceska Zbrojovka) CZ527 Varmint Rifle, CAL:17, SN:  C285756 |
| 186 | 24-ATF-007470 | Marlin Firearms Co. XT-17 Rifle, CAL:17, SN:  MM39417B |
| 187 | 24-ATF-007471 | Marlin Firearms Co. 1894 Rifle, CAL:44, SN:  MR90364H |
| 188 | 24-ATF-007472 | Remington Arms Company, Inc. M887 Shotgun, CAL:12, SN: AAE041016A |
| 189 | 24-ATF-007473 | Weatherby Vanguard Rifle, CAL:300, SN:  VS26377 |
| 190 | 24-ATF-007474 | Savage 110 Rifle, CAL:338, SN:  H274424 |
| 191 | 24-ATF-007475 | Barrett Firearms MFG CO 82A1 Rifle, CAL:50, BMG, SN: AA106315 |
| 192 | 24-ATF-007476 | Howa 1500 Rifle, CAL:308, SN:  B690826 |
| 193 | 24-ATF-007477 | Standard Manufacturing Company, LLC DP-12 Shotgun, CAL:12, SN:  DP14090 |
| 194 | 24-ATF-007478 | Standard Manufacturing Company, LLC DP-12 Shotgun, CAL:12, SN:  DP37687 |
| 195 | 24-ATF-007479 | Umarex Sportwaffen GMBH & Co. KG. Beretta ARX160 Pistol, CAL:22, SN:  PB016827 |
| 196 | 24-ATF-007480 | MKE-Makina Ve Kimya Endustrisi Kurumu (Kirikkale) AP5-P Pistol, CAL:9, SN:  T0624-21CD00836 |
| 197 | 24-ATF-007481 | 62 rounds of Winchester-Western ammunition, CAL:9 |
| 198 | 24-ATF-007482 | Keltec, CNC Industries, Inc. RFB Rifle, CAL:762, SN:  T1217 |
| 199 | 24-ATF-007483 | Colt Delta Elite Pistol, CAL:10, SN:  DS08951 |
| 200 | 24-ATF-007484 | FNH USA, LLC 509 Pistol, CAL:9, SN:  GKS0082572 |
| 201 | 24-ATF-007485 | Tisas - Trabzon Gun Industry Corp. 1911 D10 Pistol, CAL:10, SN: T0620-23DA00349 |
| 202 | 24-ATF-007486 | 24 rounds of United States Cartridge CO ammunition, CAL:9 |
| 203 | 24-ATF-007487 | Ruger Ruger-57 Pistol, CAL:57, SN:  643-63147 |
| 204 | 24-ATF-007489 | Walther PPK/S Pistol, CAL:380, SN:  172184S |
| 205 | 24-ATF-007490 | Walther PPK/S Pistol, CAL:22, SN:  WF071862 |
| 206 | 24-ATF-007491 | AMT - California (Arcadia Machine & Tool) Automag II Pistol CAL:22, SN:  Z57341 |

| 207 | 24-ATF-007492 | North American Arms Sidewinder Revolver, CAL:22, SN: E235434 |
| 208 | 24-ATF-007494 | SWD M11/9 Pistol CAL:9 SN:89-0016511 $950.00 89-0016511 |
| 209 | 24-ATF-007495 | CZ (Ceska Zbrojovka) CZ P-10 F Pistol, CAL:9, SN: H051891 |
| 210 | 24-ATF-007496 | CZ (Ceska Zbrojovka) CZ52 Pistol, CAL:762, SN: G09062 |
| 211 | 24-ATF-007497 | CZ (Ceska Zbrojovka) CZ52 Pistol, CAL:762, SN: R14173 |
| 212 | 24-ATF-007498 | Glock GMBH 27 Pistol, CAL:40, SN: BXG472US |
| 213 | 24-ATF-007499 | Taurus G2C Pistol, CAL:9, SN: 1C117291 |
| 214 | 24-ATF-007510 | Uberti, Aldo Single Action Army Revolver, CAL:45, SN: 96949 |
| 215 | 24-ATF-007511 | Beretta, Pietro S.P.A PX4 Storm Pistol, CAL:40, SN: PY06387 |
| 216 | 24-ATF-007512 | Taurus GX4 Pistol, CAL:9, SN: 1GA83836 |
| 217 | 24-ATF-007513 | Glock GMBH 43X Pistol, CAL:9, SN: BVVW738 |
| 218 | 24-ATF-007514 | 42 rounds of Remington ammunition, CAL:32 |
| 219 | 24-ATF-008039 | 973 rounds of assorted ammunition |
| 220 | 24-ATF-008398 | 4 Smoke/Marine Marker Explosives |

Therefore, the United States will not require further judicial forfeiture action or ancillary hearings to accomplish the forfeiture and/or disposal of the property identified for forfeiture in this case.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/Heidy T. Carr
HEIDY T. CARR (0093524)
Special Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Heidy.Carr@usdoj.gov